Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

Huges Division

Paul Roppolo

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

James Yates, Ms. Adea, Ray Larimer, Sandra Sanford

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 19 cv 127 JHPSRS
*(to be filled in by the Clerk's Office)*

**FILED**
SEP - 3 2019
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

Amended 8-29-2019

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Paul Roppolo |
| All other names by which you have been known: | |
| ID Number | #600968 |
| Current Institution | Cimarron Correctional Facility, Cushing, OK |
| Address | PO Box 337342 |
| | Greeley, CO 80633 |
| | *City / State / Zip Code* |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | James A. Yates |
| Job or Title *(if known)* | Warden at Davis Correctional Facility |
| Shield Number | |
| Employer | Core Civic (a subcontractor for OK Dept of Corrections) |
| Address | 6888 East 133rd Road |
| | Holdenville, OK 74848 |
| | *City / State / Zip Code* |

[ ] Individual capacity  [✓] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Ms. Adea |
| Job or Title *(if known)* | Unit Manager at Davis Correctional Facility |
| Shield Number | |
| Employer | Core Civic (a subcontractor for OK Dept of Corrections) |
| Address | 6888 East 133rd Road |
| | Holdenville, OK 74848 |
| | *City / State / Zip Code* |

[ ] Individual capacity  [✓] Official capacity

Defendant No. 3
    Name: Ray Larimer
    Job or Title *(if known)*: Health Services Administrator at Davis Correctional
    Shield Number:
    Employer: Core Civic (a subcontractor for OK Dept of Corrections)
    Address: 6333 East 133rd Road
    City: Holdenville    State: OK    Zip Code: 74848
    [ ] Individual capacity    [✓] Official capacity

Defendant No. 4
    Name: Sandra Sanford
    Job or Title *(if known)*: Mental Health Coordinator at Davis Correctional
    Shield Number:
    Employer: Core Civic (a subcontractor for OK Dept of Corrections)
    Address: 6333 East 133rd Road
    City: Holdenville    State: OK    Zip Code: 74848
    [ ] Individual capacity    [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
    8th and 11th Amendment Right to Equal Protection against Cruel and Unusual Punishment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Warden James Yates failure correct the lack of effective mental health treatment for Plaintiff.
Unit Manager Ms. Adea's failure to recognize Plaintiff's multiple Requests to Staff to be treated.
Ray Larimer, Halth Service Administrator, failure to direct staff to undertake a treatment plan.
Sandra Sanford, mental health coordinator, failure to work with Plaintiff in terms of effective treatment - testing, counseling, therapy - that would at least ensure current mental health did not worsen.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [✓] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Not Applicable

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

Plaintiff arrived at Davis Correctional November 2017. After 60 days he requested Mental Health Therapy through Requests To Staff & the Offender Request and Grievance process. DCF failed to provide or ensure Plaintiff was provided adequate mental health treatment defined in the 8th Amendment and OK Dept of Corrections policy (OP-140201).

C. What date and approximate time did the events giving rise to your claim(s) occur?
Early February 2018

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Plaintiff was placed in "Echo Bravo" a maximum security unit under the managment of Ms. Adea who failed to take actions to lead to treatment and counseling necessary to stabilize Plaintiff's deteriorating mental and physical condition. Sandra Sanford, mental health coorinator, also failed to alerting Plaintiff's condition to others who could have helped. Appeals were made to no result to Ray Larimer, Health Services Administrator, and James Yates, Warden, whose color of law is to protect the health of inmates.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
The downward spiral in Plaintiff's mental health condition resulted in RHU active misconducts for refusing to come out of his cell (even to shower) due to his feelings and belief he was going to be killed. Meanwhile Plaintiff suffers still while being passed on or ignored. He has had privileges canceled such as Canteen as well as losing Earned Credits.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.
Plaintiff requests a Mental Health Treatment Plan and Therapy to be provided similar to his therapy prior to incarceration. This should not be objected to by any responsible administration or personnel with no repercussions. His privileges lost should be restored without malice.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
Davis Correctional Facility - January 2018 - Request for Mental Health Therapy via Request for Health Services

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?
All

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?
   Davis Correctional Facility

2. What did you claim in your grievance?
   That Plaintiff was seeking medical mental treatment

3. What was the result, if any?
   It was denied.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
   May 10, 2018  -  Received DCF Denial DCF-2018-1001-00098-(G)

   May 14, 2018  -  Appeal to to Buddy Honaker, Medical Services Manager, 2901 N. Classen Blvd, OKC 73106
   June 8, 2018  -  Grievance Appeal - Not Approved due to out of time to submit complaint.

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

    _____

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    _____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    _____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)   Paul Roppolo

   Defendant(s)   James Yates, Ms. Adea, Major Brown

2. Court *(if federal court, name the district; if state court, name the county and State)*

   U.S. District Court
   Eastern District of Oklahoma

3. Docket or index number

   19-cv-142-JHP-SPS

4. Name of Judge assigned to your case

   James Payne

5. Approximate date of filing lawsuit

   May 7, 2019

6. Is the case still pending?

   ☑ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/29/2019

Signature of Plaintiff: *[signed] Paul Roppolo*

Printed Name of Plaintiff: Paul Roppolo

Prison Identification #: #600968

Prison Address: Mailing Address: PO Box 337342

| City | State | Zip Code |
|---|---|---|
| Greeley | CO | 80633 |

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Address: _____

| City | State | Zip Code |
|---|---|---|
|  |  |  |

Telephone Number: _____

E-mail Address: _____