# UNITED STATES DISTRICT COURT
## for the Eastern District of Oklahoma

Roppolo v. Yates           Case No. 19-CV-127-JHP-SRS

August 29, 2019



**FILED**

SEP - 3 2019

PATRICK KEANEY
Clerk, U.S. District Court

By_____
Deputy Clerk

To: Honorable Judge James Payne
Cc: Referred Steven Shreder
Re: Your Corresspondence August 21, 2019

Sir:

I have not received from the District Court your AO440 form for Summons in a Civil Action so I can serve them to the Defendants. I believe my transfer from Davis Correctional to Cimarron Correction may of interfered with delivery to me. I have filed a change of address to assure delivery to me.

Please re-send the AO440 form to me so I can send to each Defendant in the next 30 days.

Sincerely,

Date: August 29, 2019

| | |
|---|---|
| Signature of Plaintiff | *Paul Roppolo* |
| Printed Name of Plaintiff | Paul Roppolo |
| Prison Identification | #600986  Cimarron Correctional Facility, Cushing, OK |
| Mailing Address | PO Box 337342, Greeley, CO  80633 |

8/24/2019 Roppollo v. Yates et al (6:19-cv-00127),
Oklahoma Eastern District Court
https://www.pacermonitor.com/case/27913546/Roppollo_v_Yates_et_
al 1/1 22 order 02 - Minute Order Deadlines - Set/Reset Deadline(s)
Wed 1:33 PM MINUTE ORDER by Magistrate Judge Steven P. Shreder:
On July 26, 2019, the Court entered an order directing Plaintiff to show
cause within fourteen (14) days why this action should not be dismissed
without prejudice for his failure to serve the defendants in accordance
with Fed. R. Civ. P. 4(m) 20 . On July 29, 2019, however, Plaintiff filed a
notice stating he had been transferred to Cimarron Correctional Facility
in Cushing, Oklahoma. The certificate of service on the notice states he
placed the notice in the U.S. Mail on July 25, 2019, which was prior to
entry of the show-cause order.

Therefore, the Court hereby grants Plaintiff an additional fourteen (14)
days to show cause in writing why this action should not be dismissed
without prejudice for his failure to serve the defendants within ninety
(90) days after filing the complaint, pursuant to Rule 4(m). Failure to
show cause as directed will result in dismissal of this action without
prejudice and without further notice. The Court Clerk is directed to
send Plaintiff a copy of the docket sheet for this case.(acg, Deputy
Clerk)

*See attached letter dated Aug 29.*