AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma

| | |
|---|---|
| PAUL T. ROPPOLO <br> *Plaintiff* <br> v. <br> JAMES YATES, et al., <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. CIV-19-127-JHP-SPS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  James Yates, Warden
Davis Correctional Facility
6888 E. 133rd Road
Holdenvelle, OK  74848

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Paul T. Roppollo 600968
PO Box 337342
Greeley, CO  80633

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____09/03/2019_____   _____/s/ Patrick Keaney_____
Patrick Keaney



Civil Action No. CIV-19-127-JHP-SPS     Roppolo v. Yates

**FILED**
SEP 27 2019

PATRICK KEANEY
Clerk, U.S. District Court

By_____
    Deputy Clerk

**Proof of Service**

This summons for JAMES YATES, Warden of Davis Correction Facility

was received by me on 9-9-2019. I mailed via U.S. Certified Mail the Summons and Complaint to the individual's place of employment; Aimee Kanada, designated as the authorized agent for Davis Correctional Mailroom, received this material on September 17, 2019. My fees were zero in total. I declare under penalty of perjury that this information is true.

September 23, 2017     Signature  _Robert Morse_

ROBERT MORSE, PO BOX 337342, GREELEY, CO 80633

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

James Yates, Warden
Davis Correctional
6888 East 133rd Rd
Holdenville, OK 74848

9590 9402 5022 9063 4003 95

2. Article Number (Transfer from service label)
7019 0140 0000 8928 5590

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Aimee Kanada_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Aimee Kanada    7-17-19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt