UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

PAGE 1

PAUL ROPPOLO
   Plaintiff,
v.
JAMES YATES, MS. ADEA,
RAY LARIMER,
SANDRA SANFORD,

Case No. 19-CV-127-JHP-SRS

January 17th 2020

FILED
JAN 29 2020
PATRICK KEANEY
Clerk, U.S. District Court
By_____ Deputy Clerk

PLAINTIFF'S REQUEST TO BE PROVIDED BY THIS DISTRICT COURT A 30 DAY-DEADLINE AT WHICH TO AMEND AND SUPPLEMENT COMPLAINT WITH ADDITIONAL PLEADING(S) AND ADDED COMPLAINT COUNT(S) PURSUANT TO Fed. R. Civ. P. Rule(s) 15(a), 15(a)(2), 15(c), 15(d)

1. To the plaintiff's understanding, on November 26th 2019, this District Court ordered the defendants to FILE a Special Report [and/or Motion To Dismiss] (in answer to the plaintiff's complaint), within 60 days. (January 25th 2020).

2. On December 18th 2019, the plaintiff mailed FILING of advance notice to this district court and the defendants that the plaintiff was amending and supplementing his complaint with relevantly material additional pleading(s) and added complaint count(s); and that such amended and supplemented complaint would be completed

within 35 days, to the best of the plaintiff's ability. (That would be around January 22nd 2020).

3. However, because the plaintiff has limited access to the facility's LAW LIBRARY, ( which provides the plaintiff provisions [blank paper, pens, photocopies] and the needed assistance from LAW LIBRARY CLERKS; all of which the plaintiff needs [more] access to, in order to complete his amended and supplemented complaint); because I don't have an existing Court Ordered Deadline, I am only allowed 2 hours per week, access to LAW LIBRARY.
- However, if I can show the LAW LIBRARY SUPERVISOR, that I have a Court Ordered Deadline, then I would be allowed 6 hours per week access to LAW LIBRARY; which would help expedite my completion of my amended and supplemented complaint.

See Bounds v. Smith, 430 U.S. 817, 828, 97 U.S. 1491 (1977); Lewis v. Casey, 518 U.S. 343, 351-53, 116 S.Ct. 2174 (1996); Valentine v. Beyer, 850 F.2d 951, 956-57 (3d Cir. 1988) (affirming injunction against dismantling of inmate paralegal system partly because of the needs of

illiterate and non-English-speaking inmates); Knop v. Johnson, 977 F.2d 996, at 1005 (6th Cir. 1992); Morgan v. Nevada Board of State Prison Commissioners, 593 F. Supp. 621, 624 (D. Nev. 1984)(unavailability of paper and envelopes for days or weeks at a time denied court access).

4. There is no current deadline date set for the plaintiff at which to amend or supplement this complaint.

5. Plaintiff is unaware as to whether the defendants object to this request for such 'deadline date' to be set for the plaintiff.

6. The plaintiff requests of this court and defendants to construe this motion as a request for an 'Extension of Time' to amend and/or supplement complaint

## RELIEF REQUESTED

7. In the interests of justice, plaintiff requests this court to set a deadline date of, February 18th 2020, at which to FILE an amended and/or supplemented complaint, as the plaintiff gives notice he is in the process of dilligently completing such amendment(s) and supplementation, to the best of his ability; as such

court ordered deadline (that the plaintiff would be able to provide to the LAW LIBRARY SUPERVISOR), would INCREASE the plaintiff's access to the LAW LIBRARY, from 2 hours per week, to 6 hours per week.

PROPOSED ORDER

Plaintiff's Request To Be Granted Until February 18th 2020 at which to FILE amended and/or supplemented complaint

is   GRANTED _____   DENIED _____

MODIFIED _____

Date:

8. With the assistance of prison law library clerks, the plaintiff has [had] prepared and [had] written this 'Plaintiff's Notification Of Request Of Deadline Date To Be Set For Plaintiff To Amend And/Or Supplement Complaint', (and any other future filings in this ▓▓▓ 19-CV-127-JHP-SRS [and 19-CV-142-JHP-SPS]), and I understand and agree to the submission and filing of this instrument into this Eastern District Court.

Pursuant to 28 U.S.C. § 1746, I Paul Roppolo, declare under penalty of perjury that the above contents contained

in this Plaintiff's Request [For Extension Of Time Deadline Date] are true and correct.

Name: Paul Roppolo   Signature: /s/

Date: January 17th 2020

* Additionally, I notify the court and defendants that my mailing address has changed; please mail all filing(s) from this court and/or the defendants, to myself at the mailing address below:

Paul Roppolo  # 600968
Cimarron Correctional Facility, AS-126
3200 S. Kings Highway
Cushing, OK  74023-5355

CERTIFICATE OF SERVICE -
This certifies that a true and correct copy of the above and foregoing instrument was mailed to the defendant's attorney,

at:   J. RALPH MOORE,
P. C. Attorneys At Law
P. O. Box 368
Pryor, OK  74362