UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

PAUL ROPPOLO, Plaintiff

v.

JAMES YATES, MS. ADEA, RAY LARIMER, SANDRA SANFORD

PAGE 1

Case No. 19-CV-127-JHP-SPS

FILED
FEB 6 2020
PATRICK KEANEY
Clerk, U.S. District Court
Deputy Clerk

PLAINTIFF'S REQUEST FOR THIS DISTRICT COURT TO GRANT THE DEFENDANTS A 30 DAY EXTENSION OF TIME TO FILE A SPECIAL REPORT, IN LIEU OF PLAINTIFF'S PRIOR REQUEST FOR A DEADLINE DATE OF FEBRUARY 18TH TO FILE AMENDED COMPLAINT

1. Upon the plaintiff's prior filing in this district court, the plaintiff requested a deadline date of FEBRUARY 18TH 2020, be set for the plaintiff, at which to amend and supplement complaint, (so that the plaintiff could be provided more access to the LAW LIBRARY), and that he notified this court of his limited access to law library material(s), which was inhibiting his progress in completing amended complaint, (and his needed assistance by law library clerks.)

2. The plaintiff is unaware as to of what date, exactly, that the defendants currently have to FILE Special Report,

because the plaintiff, (for some reason), has NOT been receiving such filings in this case, to be mailed to his current prison address.

However, during the week of JANUARY 20th 2020, (at the same time plaintiff mailed, 'deadline-date-request'), the plaintiff mailed to this district court, a change of address form, completed.

3. The plaintiff does not believe that this Request, (made on behalf of the defendants, by the plaintiff), for the defendants to be given extension of time to issue Special Report, would affect any scheduling order or trial, in this case.

4. The plaintiff is unaware, if the defendants OBJECT to this Request, (being made upon their behalf).

5. The reason for such, extension of time for the defendants to issue Special Report, of course, is because the plaintiff is still in the process of completing, to, amend his complaint.

PROPOSED ORDER

Plaintiff's Request For Defendants To Be Given An Additional 30 Days To Issue Special Report Is:

GRANTED _____   DENIED _____

MODIFIED _____

Date: _____

With the assistance of law clerks, I Paul Roppolo, have [had] prepared and written this Motion. I Paul Roppolo, agree and understand to the submission of this legal document.

Name: Paul Roppolo   Date: January 30th 2020

Signature: /s/

CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the above and foregoing document was mailed to the defendants at the following address:

RALPH MOORE, P.C.
Attorneys At Law
P.O. Box 368
Pryor, OK 74362

Again, to this district court and the defendants, please direct that any and all future filing(s) in this case be mailed to myself at my current place of

confinement, below, thank you.

Paul Roppolo   # 600968

Cimarron Correctional Facility, AS-126

3200 S. Kings Highway

Cushing, OK 74023-5355

From: Paul Roppolo    To: Clerk of The Court, U.S. Court
                         Eastern District of Oklahoma

Date: January 30TH 2020    Case No. 19-CV-127-JHP-SRS

To The Clerk of The Court:

Please FILE the enclosed Motion, in this district Court case number, above, and please FORWARD this Motion to the current Presiding Judge in this 19-CV-127-JHP-SRS case number.

Thank you.

Respectfully,

*[signature]*

Paul Roppolo # 600968

Cimarron Correctional Facility, AS-▓-126

3200 S. Kings Highway

Cushing, OK 74023-5355