IN THE UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF OKLAHOMA

PAUL ROPPOLO                                                    PAGE1
    Plaintiff              ,
v.
                                    Case No.

JAMES YATES, et al.    ,      19-CV-127-RAW-SPS
Defendants

PLAINTIFF'S AMENDED COMPLAINT
DECLARATION THREE

Pursuant to 28 U.S.C. § 1746, I Paul Roppolo, declare
under penalty of perjury that the following is true and
correct.  Name: Paul Roppolo   Signature: Paul Rop

Date:   04/14/20

1. From the first moment I entered into my cell, there
was 2 inches of foul smelling sewage, human feces,
and foul smelling water flooded upon the cell's floor.

2. Human vomit was caked visibly upon the cell's
sink and the sink's water spiget.

3. There was human feces smeared upon both bunks
of the cell and smeared all over the walls of the
cell.

4. I immediately asked the guards to either move

me to a clean cell, or, to provide me cleaning supplies to clean up the sewage, vomit, and human feces from my cell.

5. The guards told me that they were well aware that my cell was flooded, laced, and smeared with human feces, sewage, and vomit.

The guards told me that they were all given a direct order from Ms. ADEA, JAMES YATES, and MAJOR BROWN to purposefully refuse to move me to another cell and to purposefully refuse to provide me cleaning supplies.

6. When I asked the guards why they were given a direct order from the above supervisors to refuse to provide me cleaning supplies and to refuse to remove me from this contaminated cell, the guards each all told me that ADEA, YATES, BROWN instructed the guards with the direct order to purposefully leave me to remain in this contaminated cell without being provided

cleaning supplies, for the direct purpose to retaliate with revenge upon myself, to "teach me a lesson", for my repeated recorded voiced complaints that I had complained upon my Website (that my associate had recorded and placed upon my Website), and to, "teach me a lesson", for submitting requests to staff(s) and grievance(s) upon complaining about not being provided adequate medical mental health therapy needs to myself.

7. The guards told me that they were personally aware that ADEA, YATES, and BROWN had verbally expressed to the guards that ADEA's, YATES', BROWN'S purpose and goal for intentionally causing me to be placed in this severly contaminated cell was to coerce myself into either committing suicide from the emotional distress of the deplorable conditions, or, to cause me to suffer a serious physical disease or infection that ADEA, YATES, and BROWN hoped that I would die from such direct

4

physical prolonged exposure to sewage, human feces, and human vomit, or, IF I did not comitt suicide or die, the guards told me that ADEA, YATES, BROWN had purposefully ordered myself to be placed in this deplorable health hazard, as a punishing coercive measure, to unlawfully convince myself to stop participating to allow my voiced complaints to be recorded, ( where I was simply telling the truth of complaining that my medical mental health needs were deliberately indifferently not being adequately met by prison staff), and for my associate to then place my pre-recorded voiced complaint upon our Website.

IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF OKLAHOMA

PAUL ROPPOLO
    Plaintiff

v.

              Case. No.

JAMES YATES, et al.,      19-CV-127-RAW-SPS

Defendants

PAGE I

PLAINTIFF'S AMENDED COMPLAINT
DECLARATION FOUR

Pursuant to 28 U.S.C. § 1746, I Paul Roppolo, declare under penalty of perjury that the following is true and correct. Name: Paul Roppolo Signature: Paul

Date: 04/14/20

1. Throughout the entire 18 month length of my incarceration at the supermax facility at Holdenville, there existed an inexplicable pattern of deliberate indifference to knowingly, willfully, and purposefully failing to protect myself from serious physical imminent danger and harm to myself from the other inmates. As once the other inmates [had been lied to by defendant ADEA] had believed that I was a "snitch", as Ms. ADEA had purposefully and

2

maliciously deliberately indifferently yelled out to my housing unit, to cause myself to be physically harmed by the other inmates; every single time the guards came to my cell, to attempt to escort me to be taken to either shower, or, to go to outside of cell exercise, I could visibly see THREE other CELLS that were with the cell DOORS cracked slightly OPEN. And the inmates within those UNLOCKED CELLS would be visibly holding in their hands steel 'shanks' or knives. The inmates would boldly yell out to me, threats of death saying, "As soon as you come outta' your cell BITCH, we're gonna' kill your SNITCH ASS, because Ms. Adea paid, us, too, boy!", or, the inmates would yell, "This is OUR UNIT, SNITCH, the guards ain't gonna' lift a finger to save your ass, just come on out of your cell, and i'll put this BLADE in

3

your HEART, you won't live today muthafuck a!!"

2. Appallingly, as the guards would be literally standing at the front of my locked cell, (awaiting with handcuffs in their hands), while the inmates in the three unlocked cells were promising my death by verbally yelling at me; the guards simply said, "We'll Roppollo, do you want to, chance it, and risk your life in order to get a shower, or, to go to outside of cell exercise - recreation?"

3. I immediately would tell the guards, and advise them, that did they REALIZE that THREE CELLS were UNLOCKED slightly ajar, and that those inmates yelling such death threats, were inside the three unlocked cells.

4. The guards informed me of their own direct knowledge of this situation directly telling me, "Look, Roppollo, Ms. Adea and warden Yates told us to allow the other prisoners to 'rig' the locking mechanisms in their doors, so that the

inmates can easily come out of their cells at will. Multiple inmates have told us that they have knives hidden within this unit and that they are willing to kill us, just to get a chance to kill you. Roppolo, if you agree to allow us to handcuff you and escort you to the shower, or, to the recreation area, and these inmates carry out what the inmates promise to do and come out of their cells to kill you, we're not gonna' intervene, or get in the way to attempt to save you. Your'e fucked. I mean, it's your turn to shower, or, go to exercise Roppollo, but per policy, we have to handcuff you first, so, you probably really won't have any way to defend yourself. You'll be a 'sittin' duck', three against one, and they all got knives.

5. Appalled, by the guards, 'logic', I inquired and reminded them that, I was sure that it was against, policy, for the guards to beforehand knowingly CAUSE

5

my life to be in imminent physical danger, by the guards Knowingly ALLOWING the inmates to disable the locking mechanisms upon their cell doors, who are the very inmates that have verbally and by a showing of deadly force, [by visibly displaying their Knives] told the guards that at the first opportunity that the inmates would Kill me.

6. The guards stated to me, "Roppollo, it's the inmates and Ms. Adea WHO RUN THIS UNIT, we're just peon guards. We do what Ms. Adea and the inmates tell us to do, because we're getting paid money to do exactly as Ms. Adea tells to do, even though it's all illegal. Roppollo, we've been directed by Ms. Adea to Knowingly allow the inmates to posses Knives for the purpose to Kill you. But, your'e not worth risking our life to intervene to save you, once these inmates come out of their cells, while we are escorting You handcuffed, to take you to shower, or, to take you to go to outside of cell exercise - recreation. So, it's your turn. Are you gonna! cuff up, and go to take a shower, or, go to the outside

6

of cell exercise-recreation area? It's your choice."

7. I then told the guards that it clearly would not be reasonable for myself to allow myself handcuffed, and removed from my locked cell, and to walk into the open area of the unit, where at least three cells were visibly slightly ajar, unlocked-open-doors, and those inmates were visibly holding knives in each of their hands, while simultaneously yelling out directly at me, such accusations that I was a, "snitch", and promising me that I would be killed by them, if I dared came out of my locked cell, into the open area of the unit.

8. The inmates, both acting off ADEA'S false accusation against myself to allegedly be a, "snitch", and some of the inmates being paid by ADEA, were hard pressed at actively targeting me. For the entire 18 month duration of my incarceration at Holdenville supermax, the repeated pattern existed: I was being actively 'hunted' by the other prisoners. No matter what time of day, whenever the guards came to my cell to

7

attempt to come release me outside of my cell, in order to take me to shower, or, to outside of cell exercise-recreation, suspiciously, THREE other CELLS would be visibly slightly open, and such inmates in those cells would boldly and brazenly brandish their knives within their hands both at myself and the guards, while the inmates simultaneously would yelling out to myself and the guards, that they would come out of their cells and stab me to death, once I was taken out of my cell.

9. And, each time, the guards would NEVER take any action whatsoever, to either go and ensure that the cells were closed and re-locked, nor, would the guards ever take any action to confiscate the knives and weapons from the prisoners who were openly verbally promising my instant death, if I ever unwisely agreed to be handcuffed, and 'escorted' by the guards to go and attain a shower, or, go to attempt to go to outside of cell exercise.

10. I asks the guards if warden YATES was aware that

8

Ms. ADEA, the guards, and the inmates were all causing myself to be deprived of the ability to access a SHOWER(s) and were causing myself to be deprived of the ability to access OUTSIDE OF CELL EXERCISE:

The factual answer that the guards confessed to myself was absolutely appalling.

The guards each all told me that ADEA, YATES, BROWN had each instructed all the guards with the direct order to purposefully knowingly permit the other inmates to posses such knives and 'shanks' and ADEA, YATES, BROWN had each instructed all the guards with the simultaneous direct order to purposefully knowingly permit the other [same] inmates to 'rig' their cell door locking mechanism(s), for the ultimate known purpose of ADEA, YATES, BROWN to willfully allow the armed [with knives and 'shanks'] inmates to able to easily open their own cell doors, at will, once I was being escorted [handcuffed] to either the shower, or, to outside of cell exercise;

9

the guards told me that ADEA, YATES, BROWN were
all purposefully aware that the inmates desired to
kill myself (as a result of ADEA purposefully lying,
to yell out to the whole unit, to falslely allege that I
was a "snitch"), the guards directly confessed to
myself that ADEA, YATES, BROWN had directly advised
the guards that ADEA, YATES, BROWN hoped and
desired that the inmates would in fact come out of
their cells and in fact murder myself, or, would
seriously injure myself, in a multiple-inmate knife-
attack upon myself, at the very moment that I was
being 'escorted' by the guards to either the shower,
or, to outside of cell exercise. The guards also
directly confessed to me that ADEA, YATES, BROWN
had also desired, that if I became aware of the
imminent serious physical danger of the other knife-
holding inmates who were NOT securely locked within
their cells and had purpose to kill myself, and, I
instead, in fear for my life, refused to come

10

outside of my cell to SHOWER, or to go to OUTSIDE OF
CELL EXERCISE, or, for ANY REASON at all: the
guards each directly confessed to me that ADEA,
YATES, BROWN were all aware that because I had
pre-existing serious mental-emotional psychiachtric
disorders, combined, with the fact that ADEA, YATES,
BROWN had directly ordered, to unlawfully, direct
mental health staff, defendant SANFORD (and
other mental health staff) to unlawfully purposefully
REFUSE to provide mental health therapy counseling
session(s) upon myself: the guards each directly
purposefully advised myself that ADEA, YATES, BROWN
also knowingly and willfully allowed such unsafe
condition(s) to be rendered upon myself, to purposefully
cause myself to suffer a mental breakdown, from
being forced to remain locked within my cell, day after
day, month after month, for such extended periods of
time, (WITHOUT access to SHOWERS, or, OUTSIDE OF CELL
EXERCISE- RECREATION- ACTIVITY), for ADEA'S, YATES',

11

BROWN'S knowing and willful purpose to cause myself to comitt suicide, or, to become so mentally disabled (as a result of such excessive-confinement, and, daily threat and promise of imminent serious physical injury or death from the other inmates), that I would no longer be willing to exercise my 1st Amendment Freedom of Speech Rights, by, continuing to allow my voice to be recorded, and then placed upon my website, and/or, discouraging myself from continuing to submit grievances and requests to staff's upon complaining that I was not being adequate mental health care.

11. When I asked the guards what was ADEA's, YATES', BROWN'S, reason, for directly ordering to CAUSE myself to be deprived of (1) REASONABLE-SAFETY, deprived of (2) ADEQUATE MEDICAL (MENTAL-HEALTH) CARE, deprived of (3) ADEQUATE SHOWERS, deprived of (4) ADEQUATE OUTSIDE OF CELL-EXERCISE, each of the guards confessed to me that ADEA, YATES, BROWN had directly advised the guards that ADEA, YATES,

12

BROWN had each purposefully, tacitly, knowingly authorized; and directly ordered myself to suffer under such multiple unlawful condition(s) of confinement, of an unsafe-unprotected environment, no access to showers, no access to outside of cell-exercise-recreation activity, no access or provision of adequate mental health therapy counseling sessions, as the guards confessed to me that they were each advised by ADEA, YATES, BROWN, that these three supervisors' personal participation of reason to knowingly directly cause me to suffer such multiple deprivations was for ADEA, YATES, BROWN'S direct purpose to retaliate with revenge upon myself, to, "teach me a lesson", for my repeated recorded voiced complaints (that were uploaded by my associate and placed upon my website), and to, "teach me a lesson", for submitting request to staff(s) and grievance(s) upon complaining about not being provided adequate medical mental health therapy needs to myself; the guards further

confessed to myself, that they were aware that ADEA, YATES, BROWN, had advised each of the guards that these three supervisors additional purpose to direct such unlawful condition(s) of confinement be rendered upon myself, as a punishing coercive measure, to unlawfully convince myself to stop participating to allow my voiced complaints to be recorded, ( where I was simply telling the truth of complaining that my medical mental health needs were deliberately indifferently not being adequately met by prison staff), and For my associate to then place my pre-recorded voiced complaint upon our Website; and, as a punishing coercive measure, to unlawfully convince my self to stop participating to submit requests to staff(s) and grievance(s), upon complaining that prison officials were deliberately indifferently not providing myself adequate mental health therapy counseling.

12. And it was directly as a result of supervisor defendants ADEA, YATES, BROWN'S personal

14

participation here, which CAUSED myself to be
unable to have any acces whatsoever to ANY
SHOWERS, and to be unable to have any access
whatsoever ANY OUTSIDE OF CELL-EXERCISE, for most
of the ENTIRE 18 MONTH DURATION that I
was incarcerated at supermax Holdenville facility.