IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

PAUL ROPPOLO                                          PAGE 1
            Plaintiff           ,
v.                                    Case No.

JAMES YATES, et al.,           19-CV-127-RAW-SPS
Defendants

DECLARATION 6IX

Pursuant to 28 U.S.C. § 1746, I Paul Roppolo, declare
under penalty of perjury that the following is true
and correct. Name:                     Signature:
            Paul Roppolo                _Paul_

Date:  04/14/20


PLAINTIFF'S AMENDED PLEADING(S) FOR THIS

            19-CV-127-RAW-SPS

      IN THIS    EASTERN  DISTRICT   COURT


THIS  IS  A  FACTUAL  DETAILED  ACCOUNT  OF THE

DIRECT  PHYSICAL  AND  VERBAL  CONTACT  THAT THE PLAINTIFF

HAD  WITH  DEFENDANT(S)  YATES  AND  BROWN,  (AT HIS

CELL  UPON  HIS  HOUSING UNIT),  IN  THE  YEAR  2019

In early 2019, two men together, came to the front door of my cell at Davis Correctional Facility Supermaximum Security Segregation Unit, in Holdenville Oklahoma. They advised me that they were Warden YATES and major BROWN. I directly stated to them, "Warden Yates and major Brown, can you please do anything to help me. Ever since Ms. Adea lied and falsely yelled out to the housing of prisoners in claiming that I am a 'snitch', my life has been a living hell. Adea has ordered the guards to allow the inmates to possess knives and shanks, specifically for the purpose to kill myself. Adea has ordered the guards to allow the inmates to place 'rigs' in the locking mechanisms of their doors, and everytime that it is my turn for the guards to come to attempt to handcuff me in order to escort me to take a shower or to go to the recreation area for outside of cell exercise, I can see at least 3 other cell's door's which the inmates have opened, slightly, and those inmates visibly show me their knives in their hands, while yelling at me, and daring me to come outside of my cell handcuffed, as they promise me that they will stab me

to death. The guards have repeatedly told me that they have been ordered by Ms. Adea, yourself, and major Brown, to not act to protect me from these knife armed inmates, if I were ever stupid enough to agree to allow myself to be handcuffed and 'escorted' by the guards to walk to the shower or recreation area, where in plain view and in immediate physical access of these inmates on this unit. And because I have no viable promise or means to be protected from such imminent attack upon myself, I simply cannot come out of my cell to access a shower, or to attain any outside of cell exercise at all. And the guards have routinely, purposefully, unlocked my cell door, and quickly yell to the other inmates to come out of their own 'rigged-unlocked' cells and come to attempt to attack me within my cell. I have had to jump up, and run to my cell door and quickly pull it to lock shut, before anyone of the other inmates can get out of their own cells to come and attack me within my own cell. Because I have not been able to get any outside of cell exercise whatever, for more

than a year now, ever since I arrived here at Holdenville supermax, because I haven't been provided any protection from such outside of cell imminent attack from these inmates, my health and physical condition has deteriorated seriously. I'm underweight, i've lost 30 pounds, I believe, as a result of the lack of regular exercise, and enormously unhealthy amounts of stress that is eating away at my organs. As a result of myself not getting any regular, healthy physical activity of outside of cell exercise, this immobility of 24 hour a day lockdown for more than a year now, has permanently damaged my body... I can't even stand up straight any more, but I have an abnormal hunch in my back, because my spinal cord in my lower back is severely injured and in much pain, due to my spinal cord being stiffened abnormally, directly from the lack of regular exercise or movement that i'm being deprived of. And the medical professionals who have come to my cell have advised me, that my lack of regular adequate outside of cell exercise, is exactly why i'm

having inability to stand up, correctly straight, and my lower back spinal cord hurts so much. My tendons, joints, and muscles, all over my body, have physically deteriorated so much... That it hurts to bend my knees, and elbows, because of the lack of mobility, of being confined within my cell 24 hours a day. It causes me so much pain, that it hurts my body, just to get to, moving. I need to be able to come outside of my cell to exercise regularly, in order to sustain my physical health, warden Yates. My normal muscles have weakened and lost their muscle mass, i'm emaciated. I physically feel like, an elderly 80 year old man, because my body is being forced to "age" and deteriorate, faster than normal. A nurse here, that came to my cell, advised me that the reason that I have an irregular and weakened heartbeat, and that I have signs of suffering a heart murmur, do to the fact that my heart, which is also a muscle, is not being exposed to enough physical exertion, due to the fact that i'm definitely not being provided any time outside of my cell to exercise.

And these day in, and day out, repeated attempts by the inmates and guards to physically attack me, has traumatized myself to cause my serious manic-depressive bipolar and severe anxiety disorder(s) to elevate to a level that the mental medication that I was prescribed before I arrived at this facility, is no longer having any "treating effect" to control and lower my mental and physical symptoms that I suffer from, upon my crippling disorders. Sir, i'm having multiple severe panic attacks and physical seizures upon a daily basis. I often cannot "think" correctly to even attempt to exercise or bathe within my cell, because i'm so stricken with the aspect of imminent death, by such attack from the inmates or the guards, that it triggers myself to have multiple panic attacks or seizures, for up to 16 to 20 hours a day, within my cell. And the remaining 8 to 4 hours, i'm so mentally and physically exhausted from enduring these panic-attacks and seizures, that I lay upon the floor or upon my bed, exhausted, and crying, in utter despair. I can't take it any more, I believe that if I kill myself, then maybe I

can avoid a more painfully-slow death at the cruel hands of these inmates and guards. The health services administrator Larimer and counselor Sanders have both told me that I shouldn't even be placed at this supermax prison, because prisoners with my level of manic-depressive bipolar disorder are supposed to be protected by federal law to not be housed at these type of supermax facilities, even if i'm alleged to have gotten a class-X misconduct for allegedly threatening staff with bodily harm. Larimer and Sanders told me that the reason(s) that they only give me 2 or 3 minutes time, to speak to them during a mental assessment 'therapy' session, is because you refuse to hire enough mental health staff, and as a result, Larimer and Sanders both told me that they are understaffed to the point, that they ___ can only provide 2 to 3 minutes of 'therapy' mental assessment, per prisoner, because they have to 'spread out' their understaffed mental health employees, to provide attempted 'service' to so many inmates here, as well as myself. Larimer and Sanders both told me that the only

reason that they refuse to change my mental health prescription, and dosage to be increased, is directly because you, Ms. Adea, and major Brown have threatened Larimer and Sanders that you will cause them both to be fired and loose their jobs here, if Larimer and Sanders take the necessary action to change my medication, to a medication that would be able to treat my heightened and advanced manic-depressive bipolar disorder(s) and advanced severe anxiety disorder(s) that I have developed as a result of this tortutous punishment that i'm suffering under, ever since I first arrived here, over a year ago. It is devastating, no staff whatsoever will help me, i'm 'cursed' in their eyes, and I have no hope for my future. I have repeated severe hemmhoirds, because i'm not able to shower and properly wash the feces out of my butthole. And my not being able to shower on a adequate basis, has caused my hygiene to deteriorate, to where I suffer from constant daily diarrehea, I throw up vomit from weekly stomach viruses and sickness, and I

develop constant puss and blood festering sores, which the nurse staff said that I have suffered multiple staph infections over this year, as a result of not being able to attain regular showers. I have to try and re-wash my own prison clothes, because every time the guards come bring me a set of prison clothes, the prison clothes that they provide to me, have been urinated upon and human shit has been smeared into these prison clothes. The guards told me that you, Ms. Adea, and major Brown had ordered the guards to give me 'shit infested and peed-upon' clothes, at every single clothing exchange. Why are you, Ms. Adea, and major Brown doing this to me? All I ever did was file grievances to complain that I wasn't being given the adequate mental health care that I need. And when D.O.C. staff purposefully ignored those grievances, I then verbally voiced my complaint to society, the community, by allowing my phone conversations, upon the D.O.C. phones, to be recorded by the person that I was speaking to on the phone. And my associate, would then take that recorded

phone conversation of my voiced complaint against D.O.C. staff and state agencies, and my associate would upload my voiced complaint to my Website, AppolloMotivates.com, where society, the concerned community, would hear the truth about how prisoners like myself, whom have serious mental-health disorders, are often deliberately ignored by staff to cause us to suffer unecessarily, worse mental disorders, than what we came into prison with in the first place. All i've ever wanted and needed, is adequate mental health counseling and some psychiachtric medication to alleive my crippling mental disease(s), sir. Do you hate me that much?" While major Brown stood at warden Yates side, warden Yates said to me, "I DON'T GET TEARY-EYED for son-of-a-bitches like you, Roppollo. You were sent here on purpose, and YOU ARE MINE, I own you, you little bitch. You've been bought and paid for. You shouldn't have pissed off Donnie Andersen, and his friends within the state, you're a dumbass. And now... we're making you pay for it, severely." I asked YATES,

11

"Who is Donnie Anderson?" Defendant YATES replied,

"Donnie Anderson is the Head of the Office of the Inspector

General, you Fuckin' shithead. You were warned many

times to shut tha fuck up from speaking your complaints

to be          recorded and placed upon your website, all

before you were shipped here... BUT YOU WOULDN'T FUCKIN'

LISTEN, YOU HARDHEAD PIECE OF SHIT! You've pissed off some

of the highest officials in the state, Donnie Andersen

being one of them, because, not only would you not keep

Filing damn D.O.C. grievances about not getting adequate

mental health therapy care... But when we rejected your

grievances, you really fucked up, when you used your

website, to use your damn free speech, to complain to the

whole world about how all of the D.O.C. staff is purposefully,

knowingly, failing to fulfill their responsibilities and

duties to provide guys like you, the mental health therapy

and medication that you need. You can't go around

exposing the unlawful shit we do, by allowing your

phone conversations with your friends, to be recorded.

by them ... And then they go and upload your voiced complaint(s), made during those conversation(s), to your own piece of shit website, Roppollo. Who in the hell do you think you are? You must have really touched some "nerves" of some very important people, when you allowed all your "voiced-complaints" to be recorded, and "re-broad casted" for the whole world to hear upon the internet. Because Donnie Anderson, who has a hell of a lot of power, and "pull", and at any moment, can call the right people to have myself, Ms. Adea, and major Brown FIRED ... Donnie Anderson himself paid $10,000.00 to myself, Ms. Adea, and major Brown, to "convince" you to stop cooperating to allow your D.O.C. phone calls to be recorded by your friends ... Because you damn well know that your fucking little D.O.C. phone call conversation, where you are complaining about inadequate mental health care, is going to be used by your friends to be placed upon your website... And it's the website, or your voiced complaints being placed on your website, by your friends rather, that is the problem. You will

STOP using our D.O.C. phone system to complain to your friends about not getting adequate mental health care Roppollo, because your friends are using some device, I don't know if it's their own voice-mail or what, to record what you are saying, ON OUR DAMN PHONES... And they are exposing our illegal deeds, about failing to provide adequate mental health care, by uploading what you said, on our phones, to your precious little website, AppolloMotivates.com. And yes, you stupid son-of-a-bitch, we ALL KNOW, that it's illegal for a person like you, with a severe manic-depressive bipolar disorder, to even be housed to be incarcerated at a Supermaximum Security Facility here at Holdenville. The classification staff at Lexington A and R, knew that your severe mental health manic-depressive bipolar disorder, by law, barred any placement of you to be housed here, under any circumstances... I know this, because I talked to the A and R staff personally, who illegally approved your transfer packet from Stringtown to this Supermax

Facility. And I spoke to the director of D.O.C. himself, Mr. Joe Allbaugh____, and he also knew, well beforehand, that you had such severe manic-depressive bipolar disorder, while you were awaiting to be transferred, and the director of D.O.C. informally approved of your transfer here, because the director wants you 'shut down' and silenced, permanently. The director knows that you have been placed here unlawfully, due to your manic-depressive disorder, but the director told me personally, to do everything to you, that you are going through now, here... Specifically to teach you a lesson for using your website and filing grievances, upon complaining about not getting adequate mental health care. Well... Now you have something, to really, cry about, don't you? Donnie Anderson paid me good money to teach you a lesson, and to tell you personally Koppollo, that people who use their website to voice their complaints against D.O.C., get piss and shit on their prison clothes, bitch. Anderson paid me to tell you that since you wanna' keep letting your voiced complaints, on our D.O.C. phones, be recorded by

your friends, to be placed on your website, that's the reason
you're here, at our lovely institution; and it's because
you won't keep your mouth shut, from complaining upon your
recorded phone conversations, that wind up on your website
to complain to the world, that's the reason i'm letting the
inmates 'rig' their cells and that's the reason i'm letting the
inmates keep their shanks and knives, because that's the
reason why Ms. Adea, myself, and major Brown have
Falsely labled you a snitch, you bitch-made little pawn.
Since you wanna' use your voice so much on your
website, we'll just retaliate back against you, and yell
out to the unit that you're a bonifide snitch. Now, all my
inmates want you dead. Donnie Anderson paid me to keep this
kind of, REAL PRESSURE, on you, bitch... Since you wanna'
keep complaining on your phone conversations, and letting
your friends place your conversations on your website,
Fuck you. Donnie Anderson, myself, Ms. Adea, and
major Brown, all agreed together, that as long as we
knowingly allow the other inmates to hold on to their

shanks and knives, and, we let these inmates 'rig' their cell doors to be unlocked, allowing the inmates to have the free ability to come outta' their cells, if you dared to be foolish enough to be handcuffed and 'escorted' by the guards to the shower, or, recreation area, that we could ensure that you'd be killed by the inmates, or so severely injured, that you would finally learn your lesson, to stop filing grievances, and to definitely stop allowing your D.O.C. phone conversations to be recorded by your friends, and then they go and place your D.O.C. phone conversation complaint on your website. Then, in the alternative, Donnie Anderson, myself, Ms. Adea, and major Brown, all agreed together, that we could make your life here a living hell, in the process. We'll retaliate against you, Roppollo, for using your so-called freedom of speech, one way or the other. Donnie Anderson paid me to tell you that we purposefully make shitheads like you have to hide in their cells, like bitches, who can't come outta' their cell to take a shower, or to either get any outside of cell exercise, because me and

Donnie Anderson have the power to take away any viable protection for you, here, as you can see. Once you're labled a snitch, at Holdenville Supermax, it's over. And once I paid several inmates to stab your ass up, if you ever come out, to take a shower, or, to go to outside of cell exercise recreation, it's as good as done. You're a dead man walking, Roppollo, and i've ordered every one of my guards to stand down, and refuse to intervene to protect you, if, in the event your ass is stupid enough to agree to be handcuffed in order to go to the shower, or, to the outside of cell exercise area. Donnie Anderson paid me to tell you that Donnie hopes you liked using that pile of human shit on your bunk, as a pillow, when you first came to our prison. I call it, the shit-eating treatment... It's how we welcome 'special' guests like you, who have 'reserved-seating' waiting for them, here at Holdenville Supermax. I don't know how you ever got rid of all that shit, vomit, and sewage, because we damn sure didn't give you any cleaning supplies to clean your cell. Donnie

18

Anderson paid me to tell you that you were made to have to live in a Feces, sewage, and vomit ridden cell, when you arrived at Holdenville Supermax, to teach you a good lesson about how Donnie Anderson, the director of D.O.C. Mr. Allbaugh and Donnie's Friends in the state, really feel about you exercising your First Amendment rights, to allow your D.O.C. phone conversations to be recorded by your Friends, and then they go and upload your recorded voiced complaints to your website AppolloMotivates.com! We think your exercise of Freedom of speech, STINKS, like the Feces that we made you live and sleep in, for weeks, when you first arrived here, a year ago. I'm surprised that you ain't committed suicide yet. As long as you're in my prison, I made a direct order to Larimer and Sanders, to specifically refuse to provide you the different and increased psychotropic medication, that Sanders and Larimer have advised me that you need to be prescribed. And I damn sure directed them both to NOT provide you but maybe, 2 to 3 minutes, of actual Face to Face

assessment 'therapy' sessions. Why? Because YOU, are not any more special than the other deranged mental cases around here... There's too many of you, to spend that amount of money, for the mental-health extra staff members that we need, in order to provide any adequately lawful amount of time to provide meaningful therapy and assessment, for each mentally fucked up inmate. Fuck all of you. I wish you'd all commit suicide, so I can stop spending my C.C.A. budget money, on such expensive mental health costs. Let me tell you something Roppollo, your cell is gonna' be your casket. You ain't makin' it outta' here alive. I'm gonna' make sure that you either die here, by suicide, the inmates, or my own guards. Now, go have a fuckin' panic attack about that, you little bitch. And if you ever complain on a grievance, or, your website, to claim that me, Donnie Andersen, Ms. Adea, and major Brown, have caused you to not be able to get a shower, or any outside of cell exercise, or any clean prison clothes, or, that we purposefully placed you in a cell with human feces, vomit,

and sewage ... I'll send my guards into your cell, and we'll claim that you violently attacked us first ... And I'll have my guards murder you, inside your cell, where no cameras can see, us killing you ... Bitch. And, if you ever somehow escape from my grasp, and get transferred to another facility, Donnie Anderson and I will be watching and listening. If Donnie Anderson finds out that you ever submit a grievance against Anderson, myself, Ms. Adea, or major Brown, after you leave this prison, to complain that Andersen paid me, Ms. Adea, and major Brown, to tell the inmates here at Holdenville Supermax that you're a snitch, just to lie, and to purposefully get you killed by the inmates, and, that we knowingly allowed the inmates on your unit to posses knives, and, that we also purposefully allowed the inmates on your unit to be able to 'rig' their cell doors to be unlocked, so that the inmates could attack you if you ever came out of your cell to go take a shower or to go to outside of cell exercise, and, that we all caused you to not to be able to shower or exercise outside of your cell, as retaliation

against you – allowing your voiced complaints to be recorded and uploaded to your website, Roppollo... I warn you, you won't be safe from being killed, just because you're at another prison. Donnie Anderson and I, have enough "pull" to pay the right people to have you murdered by the guards or the inmates, AT ANY FACILITY, Roppollo... If you dare try to file a grievance against Donnie Anderson, myself, Ms. Adea, or major Brown, FOR ANYTHING that we've done to you here at Holdenville, AFTER you get transferred to another facility... So, don't believe, that it would be safe or wise, to file a written grievance complaint against any of us... EVEN, if you leave this facility and go to another prison. Because, if you ever make it outta' here... Donnie Anderson, the director of D.O.C., and myself, will be in contact with the grievance staff wherever you go, Roppollo... And we'll know if you try to snitch on us, by filing a written grievance against us, at your new place of confinement. So don't you dare, EVER, file a fuckin' written grievance about ANY of the illegal shit that we're doing to you." Defendant

YATES and Defendant BROWN then left my cell. And their act (s) against myself and their threat of the promise of death, chilled and deterred myself from my ordinary firmness, to file a formal written grievance processe(s) against Anderson, Yates, Brown, and Adea; upon the multiple [specific] unlawful RETALIATORY deprivation(s) that they caused me to suffer at Holdenville Supermax Prison.

## DEPARTMENT OF CORRECTIONS OFFENSE REPORT

| Name of Facility   Dick Conner Correctional Center | Facility Computer Code  29-A |
|---|---|

### Section I

| Inmate Name:  Roppolo, Paul | DOC#:  600698 | Date of Offense:  01-10-2017 | Time:  Approx 2:20PM |
|---|---|---|---|

Place of Offense: D.C.C.C. Shift Office                    Housing Assignment: M 101 L

Offense: (4-4233, b# 1, 2) Bartering/Possession of Drugs                    Offense Computer Code: X-19

Class of Offense: x

Description of Incident (to include any unusual inmate behavior): (4-4233, b#3) On January 10th, 2017 at approximately 2:20PM

Inmate Roppolo, Paul #600698 admitted to an Office of Inspector General agent that he possessed, and used methamphetamines while

incarcerated in the Department of Corrections. Inmate Roppolo was assigned to unit M 101 L during the time of the rule infraction at Dick Conner

correctional center in Hominy Oklahoma.

Staff or Inmate Witness (if any) (4-4233, b#4) Not Applicable

Disposition of Physical Evidence (if any) (4-4233, b#5)  Not Applicable

Immediate Action Taken (to include the use of force and prehearing detention) (4-4233, b#6) MCR Written, Incident Report

Printed Name and Title of Reporting Employee (4-4233, b#7)
Name Bradley Rogers                    Signature of Reporting Employee _2.H Bradley Rogers_

Title Correctional Security Manager 1     Date 06 / 01 / 2017  Time 10:30AM  P.M.

### Section II

To be referred within 24 hours from the time the violation is reported.

_____ Informal Resolution
_____ Dismissed
__X__ Referred for investigation
Name _Steven E annum_
Title  C-Phah
Date  6 / 1 / 17  Time: 10:35Am

### Section III Inmate should initial appropriate response

_PR_ I have received a copy of the written charge against me. I realize that I have a right to remain silent.
_PR_ I plead guilty and waive my right to an appeal.
_____ I plead not guilty.
_____ I plead not guilty and waive my right to 24 hours preparation time.

Inmate's Signature _Paul Roppol_                    DOC # 600698  Date 6 / 1 / 17  Time 1:25pm

_____ Inmate chose not to sign for a copy of the Offense Report at this time.

_LT___                    6/1/17                    1:25
Offense Report Delivered to above inmate by (Print and Sign)     Date Delivered     Time Delivered
(4-4236, 4-4238)

ORIGINAL:  Commitment Document Folder
FIRST COPY:  Field File                    19-CV-127-RAW-SPS
SECOND COPY: Inmate

DOC 060125A (R 4/17)

PLAINTIFF'S AMENDED COMPLAINT PLEADING(S) ATTACHMENT EXHIBIT (A)  04/14/20

Attachment A
OP-050109

### INCIDENT/STAFF REPORT

| | | |
|---|---|---|
| _____ ACCIDENT/INJURY (STAFF OR INMATE/OFFENDER) | X DRUGS/SYRINGE | _____ SHAKEDOWN |
| _____ ASSAULT | _____ FOODS/KITCHEN | _____ VISITING PROBLEM |
| X CONTRABAND | _____ ALCOHOL/BEER | _____ WEAPON |
| _____ USE OF FORCE/RESTRAINTS | X INFORMATION | _____ MAINTENANCE PROBLEM |
| _____ DESTRUCTION OF PROPERTY | _____ KEYS/LOCKS | _____ SECURITY THREAT GROUP |
| _____ COMMUNICATION DEVICES | X OTHER | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

INMATE/OFFENDER INVOLVED: Roppolo, Paul          600698          HOUSING ASSIGNMENT: M 101 L
                                    (NAME)                    (DOC NUMBER)

January 10th , 20 17          Approx 2:20PM          AM/PM _L Bradley Rog_
(DATE OF INCIDENT)          (TIME OF INCIDENT)          (SIGNATURE OF REPORTING EMPLOYEE)

LOCATION OF INCIDENT: D.C.C.C. Shift Office          Bradley Rogers Correctional Security Manager 1
                                              (PRINTED NAME AND TITLE OF REPORTING EMPLOYEE)
                                              06-01-2017 10:20AM
                                              (DATE AND TIME SUBMITTED TO SHIFT/DEPARTMENT SUPERVISOR)

WITNESS: Not Applicable

SECURITY THREAT GROUP

☐ Admitted gang member
☐ Has tattoos, wears or possesses clothing and/or other paraphernalia or other indications of gang associations
☐ Has been participating in delinquent/criminal activity with known gang member(s)
☐ Observation confirms the individual's close association with known gang member(s)
☐ Information from reliable information source identifies the individual as a gang member

INMATE/OFFENDER ASSOCIATES: Not Applicable

**DETAILED DESCRIPTION OF INCIDENT:** (Print or Type – Include what happened, who, where, when, how, and why)

On January 10th, 2017 at approximately 2:20PM, Inmate Roppolo, Paul #600698 admitted to an

Office of Inspector General agent that he possessed, and used methamphetamines while incarcerated in

the Department of Corrections. Inmate Roppolo was assigned to unit M 101 L during the time of the

rule infraction at Dick Conner Correctional Center in Hominy Oklahoma.

SUPERVISOR'S COMMENTS AND ACTION TAKEN: MCR Written for X-19

DISTRIBUTION:
Original – Chief of Security/Department Supervisor
1st Copy – Facility/District/Unit Head                    _CPT B Eandle_          5-1-17
2nd Copy – Assistant Facility/District/Unit Head          SHIFT/DEPARTMENT SUPERVISOR SIGNATURE          DATE
3rd Copy – Unit Manager (if applicable)

19-CV-127-RAW-SPS

(R 12/16)

PLAINTIFF'S AMENDED COMPLAINT PLEADING(S) ATTACHMENT EXHIBIT (B)   04/14/20

Tracking #: _____

## DISCIPLINARY DISPOSITION REPORT
### (CLASS A & B OFFENSES AND CLASS X GUILTY PLEAS)

I.  Name of Facility _____  Facility Code _____  Date of Violation 6/1/17
    Name of Inmate _Roppolo_ _Paul_
            Last Name      First Name      M.I.
    Violation _Possession of Drugs_ Violation Code _X-19_ Class of Offense _X_
    Disposition Date _6/1/17_ DOC # _600698_ Time _1:25 pm_ Place _Unit #1_

II. I understand that I waive the opportunity of this case being appealed if I plead guilty to this offense.
    _Roppolo Paul_ _____  _600698_
    Inmate's Name _____  Number

    PLEA: 1. Guilty _X_ Inmate's Initials _PR_ 2. Not Guilty _____ Inmate's Initials _____

    Confidential Statements:  I have independently reviewed the reliability statement and have found that it sufficiently supports the reliability of the confidential witness statement(s).
    _L.T. Brown_
    Disciplinary Coordinator's Signature

III. Finding

    1. Guilty _X_ 2. Not Guilty _____

    Evidence relied on for finding of Guilt: (include a brief description of the offending behavior)
    _Inmate Roppolo # 600698 Plead guilty to the offense._

IV. Discipline Imposed:   Sanction _____ Code _____ Suspension
    _Visitation Restrictions x 30 days_       _NO_ for ____ days
    _Disciplinary Seclusion x 30 days_       _YES_ for _45_ days
                                    for ____ days
                                    for ____ days
    Basis for discipline imposed: _To deter future rule violations_

    Disciplinary Coordinator Printed Name and Signature _L.T. Brown_

V.  As a result of conviction for subsequent offense prior to expiration of the suspended punishment, the previous suspended punishment is hereby revoked: to run consecutive to the new punishment.
    Previous Violation: _____
    Previous Punishment: 1. _____ 2. _____ 3. _____
    Date of Imposition: ___/___/___

    Facility Head Review _____ Affirm _____ Dismissed _____ Modified _____ Remanded
    Date ___/___/___ Signature _____

VI. I have received a copy of the disposition.  Date _6/1/17_
    Inmate's Signature and Number _Paul Roppolo_ _600965_
    Inmates pleading not guilty may appeal to the facility head/district supervisor within 15 days.

_19-CV-127-RAW-SPS_

DOC 060125C-1 (R 4/17)

PLAINTIFF'S AMENDED COMPLAINT PLEADING(S) EXHIBIT (C) ATTACHMENT