# MOTION TO DISMISS

# Exhibit 3:

# Grievance Records

JOE M. ALLBAUGH
DIRECTOR



MARY FALLIN
GOVERNOR

STATE OF OKLAHOMA
OKLAHOMA DEPARTMENT OF CORRECTIONS
MEDICAL SERVICES

March 27, 2018

Paul Roppolo - DOC #600698
Davis Correctional Facility
6888 East 133rd Road
Holdenville, OK 74848-9033

**Re: Improperly Submitted Grievance Appeal (#DCF-2018-1001-00031-G)**

Dear Mr. Roppolo:

Your "Misconduct/Grievance Appeal to Administrative Review Authority" (appeal) form, dated March 10, 2018, was received in the medical administrative review authority's (MARA) office on March 14, 2018. In accordance with OP-090124, I am returning (a copy of) your original correspondence unanswered for the following reason(s):

1. You did not submit your appeal to the proper authority. The nature of your complaint involves your concerns regarding the law library staff and the amount of research you would like them to provide. As this is not a medical issue, the MARA is not the proper authority to whom you must submit this complaint.

The appropriate method for addressing any health concern is via the facility's sick call process. Please document such concerns on a "Request for Health Services" form and submit it to the medical unit at your facility. If necessary, an appointment can then be scheduled for you to be examined by a qualified health care professional.

**WARNING**: It is your responsibility to submit your grievance correspondence properly in accordance with OP-090124. Please read this policy before you submit any other correspondence. Contact your case manager if you have questions or need further assistance regarding the grievance process. A grievance restriction may be imposed, as described in §IX, for any subsequent misuse and/or abuse of the grievance process.

Sincerely,

Buddy Honaker
Medical Services Manager

BH/rm

CC    Raymond Larimer
      Terry Underwood
      James Yates
      Greg Williams (Brenda Bryant)
      Julie Rose
      Jamie Keef
      JC Colbert
      File

2901 N. CLASSEN BLVD., SUITE 200; OKLAHOMA CITY, OKLAHOMA 73106    PHONE: (405) 962-6155    FAX (405) 962-6147    WEB: http://doc.ok.gov

## Misconduct/Grievance Appeal To Administrative Review Authority

Inmate Name: _Mr. Roffelo Paul_   DOC Number: _600268_

Facility Where Offense/Grievance Occurred:   Offense Code: _6_
_DCF_

Date of misconduct violation: _2-21-18_

☐ Facility Misconduct Appeal Number   ☐ Facility Grievance Appeal Number
_2018-1001-00031-C_   _2018-1001-00031-C_

I received the response of the reviewing authority at the facility on: _3-1-18_

Fill out this form in blue or black ink. Writing must be legible. I wish to appeal the reviewing authority's response to the misconduct/grievance on the following ground(s) only. DO NOT ATTACH ANY OTHER PAGES. (Use ONLY the back side of this page, if necessary). Your appeal will be returned to you unanswered if any other pages are submitted.

☐   Newly discovered/available evidence not considered by the reviewing authority, relevant to the issue, necessary for a proper decision, and why the evidence was not previously available which if considered may alter the decision (you must clearly state the newly discovered/available evidence); or

☒   Probable error committed by the reviewing authority in the decision such as would be grounds for reversal (you must clearly state the error committed by the reviewing authority, including citing the part of procedures or statutes not followed by the reviewing authority).

Response:
_I am a mentally ill person that can not understand the basic legal functions. I've only made it this far with help via my Celli. Now he is gone. There is no way I can use their computer here — without help. By the state of Ark./Okla. I'm considered completely mentally — disabled. Will you please help me? Thank-you._

I understand that in accordance with OP-060125/OP-090124, I will be charged $2 to appeal a misconduct/grievance to the Administrative Review Authority or Chief Medical Officer, and that this form is also a request for disbursement of funds from my trust fund draw account. If I do not have enough funds to cover this cost, the amount will be collected as soon as funds become available.

_Paul Roffelo_   _3-10-18_
Signature of Inmate   Date

DOC 060125V (R 4/17)

Department of Corrections
Medical Services Administration

MAR 1 4 2018

Received

Paul Roffolo 600968
DCF E-B-112
6888 East 133rd Road
Holdenville Okla
74848



OKLAHOMA CITY OK 730
13 MAR 2018 PM 6 L

Department of Corrections
Medical Services Administration

MAR 14 2018

Received

Medical Grievance Appeal:
DOC 060125V (R04/17)
DOC Ara Chief Med. officer
2901 N. Classen Blvd. STe 200
OKC OK 73106

## Grievance Decision from Reviewing Authority

| Inmate/Offender Name: | Roppolo, Paul  EB-111 | | DOC Number | 600968 |
|---|---|---|---|---|
| Receipt Date: | 02/21/2018   Grievance Category Code:   6 | | Grievance Number: | 2018-1001-00031-G |

| 1. Discrimination | 3. Complaint against staff | 5. Disciplinary process | 7. Medical   9. Records/Sentence Admin. |
|---|---|---|---|
| 2. Classification | 4. Condition of confinement | 6. Legal | 8. Property/Trust |
| | | | Fund  10. Religion 11. Personal Identity |

Decision:

Inmate Roppolo asked that the Law Library allow him to purchase only the most favorable U.S. Supreme Court decisions that are relevant to the court cases he listed.

After an investigation of the matter Willa Burney, Law Library Supervisor advised that I/M Roppolo is able to do his own research into what cases would be most favorable to the cases he listed. It is not the Law Library's or the Law Library clerks' responsibility to do the research for him. After I/M Roppolo determines what cases are most favorable, the Law Library will print them and allow him to purchase the documents.

Inmate Roppolo's **RELIEF IS DENIED.**

| Reviewing Authority – Facility Health Services Admin (medical issues) | Date |
|---|---|
| Review Authority – Facility/District/Unit Head | Date  3/1/18 |

I have received the copy of the response of the reviewing authority.

| Signature of Grievant | Date  3-8-18 |
|---|---|
| Signature of Staff Witness and Printed Name of Witness   Terry Underwood | Date  3-8-18 |

You may appeal to the Administrative Review Authority or Personal Identity ARA at Department of Corrections, P.C Box 11400, Oklahoma City, OK  73136-0400 or Medical ARA at 2901 N. Classen Blvd, Suite 200, Oklahoma City, OI 73106, within 15 days of the receipt of response using only DOC Form 060125V entitled "Misconduct/Grievance Appea to Administrative Review Authority." Do not send this decision to the Administrative Review Authority or Medical ARA

1. Original to file
2. Copy to inmate/offender

DOC 090124B (R 07/16 )



## INMATE/OFFENDER GRIEVANCE

Grievance no. _2018-1001-00031-G_

Grievance code: _101_

Response due: _3/13/18_

**RECEIVED**

FEB 21 2018

**GRIEVANCE**

---

**DO NOT WRITE ABOVE THIS LINE**

Date _Monday-February 19th, 2018_          Facility or District _Davis Correctional Facility_

Name _Roepsto Paul Troy_ (Print)          Facility Housing Unit _Echo-Unit/Bravo-Pod/Cell#1D_

ODOC Number _#600908_          Date "Request to Staff" response received: _Feb 8th, 2018_

Have you previously submitted a grievance on this same issue? _NO_  If yes, what date _N/A_, facility _N/A_, grievance # _N/A_. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1. The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. _I submitted an offender request to the Davis Correctional Facility's Law Library Supervisor Ms.Willa Burney on 1-3-18, asking her to provide me with sheperd cites I need to research the legality of conducting business which I had prior to my incarceration via my agent. She responded on 1-4-18 to tell me " to you wish to purchase the cases? Otherwise you may sign up for computer time and view these_

2. Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance. _I submitted an informal communication to Ms.Willa Burney on 1-3-18, I again submitted another informal resolution to Ms.Willa Burney on 1-8-18, Then on 1-15-18 I submitted a sub-formal "RTS" (Request to Staff) # b-2018-0419 which accompanies this formal action to Ms.Willa Burney the Davis Correctional Facility's Law Library Supervisor._

3. The action you believe the reviewing authority may lawfully take. _Please require Ms.Willa Burney to allow me to purchase only the most favorable U.S. Supreme Court; 10th Cir. Court of Appeals; U.S. D.C. of Okla.; U.S. W.D. of Okla.; and U.S. N.D. of Okla.; sheperds to the following case cites Shabazz v. Parson, 127 F.3d 1246 (10th Cir, 1997), and James v. Salt Lake County, et al., 503 F.3d 1147 (10th Cir, 2007)_

Grievance report sent to (warden/district supervisor/correctional health services administrator):
Name _Mr. James Yates_          Title _Davis Correctional Facility's Warden_

Signature of Grievant _[signature]_          Date Sent to Reviewing Authority _Monday-February 19th, 2018_

DOC 090124A (R 7/16)

1. Original to file
2. Copy to inmate/offender

yourself?" When I returned a response on 1-8-18 advising Ms. Buney. I infact wanted to purchase the shepards. She told me in her response on 1-10-18, "case laws may be sheperdized using the LRC." So again, I wrote her on 1-18-18 to apprise her of the importance of my need of the shepards then she swung left and accused me of threatning her for advisingher I'd take civil action for her deliberate frustration, hinderence, and thwarting me in excersising my First Amendment Right to Acess to the Courts See Johnson v. Avery 393 U.S. 483, 490 (1969); and Trujillo v. Williams 465 F.3d 1210 (10th Cir. 2000) see also In Re Morales 2016 UT 85, 151 A. 3d 333 (Ut. 2018) which entitles me to acess to use my celly a certified Paralegal (Legal Assistant as well to assise in me digesting the legal meterial I do not understand which is why I need Mrs. Burney to provide me hard copy shepards because my cellmate will not always be with me to assist me and my learning disability requires I read - mark the more important stuff which a 2 to 3 hour visit to the ("LRC") for me will not suffice, Mrs. Willa Burney and her Law clerks are required by law and the U.S. Constitution to make time to prived me meaningful access to the Courts, Without these shepards it is not meaninful to me due to my mental disabilities and inability to personally operate a ("LRC") and my cellmate will not be with me always,

RECEIVED
Feb 21 2018
GRIEVANCE

D2018
0418

**RECEIVED**
FEB 21 2018

## Must Be Submitted Through the Law Library or Designee
### Inmate/Offender Grievance Process
### REQUEST TO STAFF

**GRIEVANCE**

TO: Ms. Willa Barney, OCF Law Library Super.   FACILITY/DIST/UNIT: OSHELE-B   DATE: 2-2-18
　　(NAME AND TITLE OF STAFF MEMBER)

**RECEIVED**

> I have __X__ have not_____ already submitted a "Request to Staff" or grievance on this same issue.
> If yes, what date: 01/5(1/2-2/9)/2/5/15-19 facility: Davis Corr Facility   grievance #: _____ N/A
> I affirm that I do ___ do not _X_ have a grievance pending on this issue.   FEB 06 2018
> I affirm that I do ___ do not _X_ have a lawsuit of any type pending that relates in any way to this issue.
> If a lawsuit is pending, indicate case number and court: _____   LAW LIBRARY
> This request _____ does _X_ does not relate to a pending misconduct report. If it does, this
> request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

It was no intent to threaten you only to apprise you of your hinderences of
progress, concerning giving me the shepard case cites I need. When I first
asked for them you told me, "Do you wish to purchase these cases? Otherwise
you may sign up for computer time and use w these yourself." When I wrote
　　(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Please allow me to purchase only the most favorable U.S. Supreme Court,
10ᵀᴴ Circ. Court of Appeals U.S. CO. U.S. W.D. and U.S. N.D. Courts of the following
case cites. Shamoz2 v. Parson, (137 F 3d 1246 (10ᵀᴴ Cir. 1997), and Jones
v. Salt Lake County, et al., 503 F3d 1147 (10ᵀᴴ Cir. 2011). Thanks, God bless.

NAME: Ronald Paul Trar   DOC NUMBER #600969   UNIT & CELL NUMBER: E-B-12
　　　(PRINT)

SIGNATURE: _____   WORK ASSIGNMENT: Maximum Custody Prisoner

---

### DO NOT WRITE BELOW THIS LINE

**DISPOSITION:**
SIR - I don't have time to do all of your research for you,
nor do my clerks. The scope of assistance you are entitled
to in instruction on how to find your own cases to research /
purchase. So no, we will not be shepardizing these cases
for you (or your cellie). You both may sign up for
computer time and research them on your
own time.

STAFF MEMBER Bill Key   DATE 2/7/18

Date response sent to inmate: _____ FEB 8 --
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 9/16)

back advising you I'd like to infact purchase them you then told me, "case laws may be sheperdized using the LRC" in your response dated 1-10-18. Then again I wrote you and aprised you of the importance of my need of the sheperds and you saying left on me and misconstrued my advisement as a threat to staff and threatened me with a misconduct for exercising my 1st Amendment Right of the U.S. Constitution. Johnson v. Avery, 393 U.S. 483, 490 (1969); Trujillo v. Williams, 465 F. 3d 333 (10th Cir. 2006); and In Re Morales, 2016 UT 85, 151 A. 3d 333 (Ut. 2016) entitle me to access to courts and use of jai house Lawyer-(s) as well. I do not know how to navigate the LRC and I must take my time to digest the written information and my current cellmate prisoner Frederick Rideout jr - Cry #255135 my jailhouse lawyer whom happens to be a certified foralegal / legal Assistant may not be with me always. We are researching all the legalities of me to be able to have my agent to continue to update my website that is not for profit nor is it social media but it is a forum for self-help tools to be motivated against all odds.



RECEIVED
FEB 2 1 2018
GRIEVANCE

**GRIEVANCE RETURNED UNANSWERED MEDICAL**

**Received:**

_____
**Inmate Signature**

_____
**Date**

**DATE:**        April 30, 2018
**TO:**          Roppolo, Paul, #600968  EB-112
**FROM:**        Ray Larimer, Health Services Administrator
**Received:**    April 27, 2018     Due Date: May 16, 2018
**RE:**          Return of Grievance # 2018-1001-**00095**-G

**Your grievance is being returned unanswered because of the following reasons:**

☒    You have not filed your grievance within the specified time frame.   **(CANNOT RESUBMIT)**

  ☐  The Request to Staff must be submitted within seven (7) days of the incident.

  ☒ The inmate/offender grievance must be submitted by the inmate/offender 15 days from the
     date of the receipt of the response to the "Request to Staff". **The RTS was delivered to you on
  04/09/2018. The Grievance was not received until 4/27/2018. Out of time frame.**

☐    Inmate Request forms are not utilized in the Grievance Process.

☒    An **ANSWERED** Request to Staff form addressed to the correct staff member must be attached
     to the Grievance.  **On the RTS you asked for medical to allow you to pay for counseling out
       of your own pocket. On the grievance you asked for counseling.**

☐    The Request to Staff issue does not match the issue requested on the Grievance.

☒    You have not completed the Grievance form correctly, in its entirety, or on the correct form.
     **For a medical grievance the grievance should be addressed to Ray Larimer, Health Services
     Administrator, not the Warden.**

☒    Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil,
     highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making
     comments, in the margins of the pages is permitted. You can not submit a grievance in pencil.

☐    The Grievance must be specific as to the **complaint, dates, places, personnel involved
     and how the inmate was affected**. No date of incident.

☐    Classification Movement requests to transfer to another facility, are not grievable to the
     Oklahoma Department of Corrections.

☐    If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of
     submission, the inmate may file a grievance to the reviewing authority with a copy of the "Request
     to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.)
     The grievance form may only be filed about the lack of response to the "Request to Staff."

☐
☐ You cannot grieve more than one **ISSUE** per grievance form.

NOT A GRIEVABLE ISSUE. **Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016** 1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Offender Disciplinary Procedures."

☐ NOT A GRIEVABLE ISSUE. **Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016** 2. Grievances may not be submitted about matters that are in the course of litigation.

☐ NOT A GRIEVABLE ISSUE. **Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016** 3. Requests for disciplinary action against staff will not be addressed through the grievance process.

☐ NOT A GRIEVABLE ISSUE. **Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016** 4. Grievances shall not be submitted requesting monetary compensation.

☐ NOT A GRIEVABLE ISSUE. **Section-09 Programs Page: 4 OP-090124 Effective Date: 07/19/2016** 5. Privately contracted facility property issues are not grievable.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E). Form attached.

☐ You are on **Grievance Restriction**, proper documentation not included.

☐ It has been determined that the grievance is not of an **Emergency or Sensitive** nature, the grievance is being returned and you must comply with the standard grievance process.

☐ **Section-09 Programs Page: 17 OP-090124 Effective Date: 07/19/2016**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
a. Grievances intended to harass another;
b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
d. Grievances about de minimis (small, trifling, no available remedy) issues;
e. Repetitive grievances by multiple inmates/offenders about the same issue;
f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
g. Continued procedural defects, such as submitting additional pages, after having been previously warned. **Because of continued abuse of the grievance process this serves as an official warning.**

☐ You will be afforded the opportunity to properly re-submit the Grievance within **10 days** of receipt of this notice with the noted corrections completed. The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☐ Other:

## INMATE/OFFENDER GRIEVANCE

Grievance no. _2018-1001-00095-G_

**RECEIVED**

Grievance code: _7_

APR 27 2018

Response due: _5/16/18_

**GRIEVANCE**

**DO NOT WRITE ABOVE THIS LINE**

Date _4-23-18_   Facility or District _DCF_

Name _Mr. RoPPolo Paul_   Facility Housing Unit _E-B-112 Maxx_
(Print)

ODOC Number _600968_   Date "Request to Staff" response received: _4-12-18_

Have you previously submitted a grievance on this same issue? _Yes_   If yes, what date _4-3-18_, facility _DCF_, grievance #_2018-1237_ You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1. The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. _There are no words to describe my intense Pain and suffering (mental & physical) that I indure sometimes 24/7 for weeks at a time due to: PTSD. Panic attacks, paranoia. And only Jesus knows what else I have._

2. Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance. _I've asked Mrs. Sanford, MH, Raymond larimer, & your female doctor for help a couple weeks ago, Mrs. Sanford yesterday 4-23-18. I always only been promised — handouts._

3. The action you believe the reviewing authority may lawfully take. _For (7) years I've begged, DOC (And DCF for months) for Counseling. I need Counseling — Tools!_

Grievance/report sent to (warden/district supervisor/correctional health services administrator):
_Warden Yates_   _Warden_
Name                                                          Title

_Paul RoPPolo_   _4-23-18_
Signature of Grievant                           Date Sent to Reviewing Authority

DOC 090124A (R 7/16)

1. Original to file
2. Copy to inmate/offender

_Penciled incase you need to erase._

#42018
1237

**Must Be Submitted Through the Law Library or Designee**
Inmate/Offender Grievance Process
REQUEST TO STAFF

TO: _Raymond Larimer_  FACILITY/DIST/UNIT: _DCF_  DATE: _4-3-18_
(NAME AND TITLE OF STAFF MEMBER)

I have _____ have not _✓_ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ___ do not _✓_ have a grievance pending on this issue.
I affirm that I do ___ do not _✓_ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request _____ does _____ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

_Medical refuses Mental health therapy to_
_help my M/H sufferings._

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

_I'm willing to pay you my counseling_
_out of my own pocket. Will_
_You allow this?_

NAME: _Roffolo Paul_  DOC NUMBER: _600968_ UNIT & CELL NUMBER: _E-B-112_
(PRINT)
SIGNATURE: _Paul Roffolo_  WORK ASSIGNMENT: _____

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: _This is not available — you have_
_been given handouts from mental health to_
_help you._
_Ray Larimer_

STAFF MEMBER _____  DATE _4-5-18_

APR 09

Date response sent to inmate: _____
1. Original to file
2. Copy to inmate/offender

RECEIVED APR 27 2018
GRIEVANCE   DOC 090124D (R 9/16)



JOE M. ALLBAUGH
DIRECTOR

MARY FALLIN
GOVERNOR

STATE OF OKLAHOMA
OKLAHOMA DEPARTMENT OF CORRECTIONS
MEDICAL SERVICES

June 8, 2018

Paul Roppolo - DOC #600698
Davis Correctional Facility
6888 East 133rd Road
Holdenville, OK 74848-9033

**Re: Improperly Submitted Grievance Appeal (#DCF-2018-1001-00098-G)**

Dear Mr. Roppolo:

Your "Misconduct/Grievance Appeal to Administrative Review Authority" (appeal) form, dated May 14, 2018, was received in the medical administrative review authority's (MARA) office on May 24, 2018. In accordance with OP-090124, I am returning (a copy of) your original correspondence unanswered for the following reason(s):

1. You are out of time to submit this complaint. According to OP-090124, the documents must be received in the appropriate office within the requisite time frame. Policy mandates that your "Request to Staff" (RTS) form be received within seven (7) calendar days of the underlying incident. The event of which you complain occurred on April 5, 2018. Your RTS was not stamped into the law library until April 23, 2018. Consequently, you are out of time to submit grievance #2018-1001-00098-G.

The appropriate method for addressing any health concern is via the facility's sick call process. Please document such concerns on a "Request for Health Services" form and submit it to the medical unit at your facility. If necessary, an appointment can then be scheduled for you to be examined by a qualified health care professional.

**PLEASE NOTE**: You are being issued a restriction warning for misuse of the grievance process. A grievance restriction may be imposed, as described in §IX, for any subsequent misuse and/or abuse of the grievance process. It is your responsibility to submit your grievance correspondence properly in accordance with OP-090124. Please read this policy carefully before you submit any other correspondence. Contact your case manager if you have questions or need further assistance regarding the grievance process.

Sincerely,

Buddy Honaker
Medical Services Manager

BH/rm

CC   Raymond Larimer
     Terry Underwood
     James Yates
     Greg Williams (Brenda Bryant)
     Julie Rose
     Jamie Keef
     JC Colbert
     Mark Knutson
     Janna Morgan (Liz Janway)
     Debbie Burchfield
     Clint Castleberry (Tamara Lilly)
     File

## Misconduct/Grievance Appeal To Administrative Review Authority

Inmate Name: _Mr. RoPolo Paul_   DOC Number: _600968_

Facility Where Offense/Grievance Occurred: _____   Offense Code: _____

Date of misconduct violation: _____

☐ Facility Misconduct Appeal Number _____

☑ Facility Grievance Appeal Number _2018-1001-00098-G_

I received the response of the reviewing authority at the facility on: _5-14-18_

Fill out this form in blue or black ink. Writing must be legible. I wish to appeal the reviewing authority's response to the misconduct/grievance on the following ground(s) only. DO NOT ATTACH ANY OTHER PAGES. (Use ONLY the back side of this page, if necessary). Your appeal will be returned to you unanswered if any other pages are submitted.

☐ Newly discovered/available evidence not considered by the reviewing authority, relevant to the issue, necessary for a proper decision, and why the evidence was not previously available which if considered may alter the decision (you must clearly state the newly discovered/available evidence); or

☑ Probable error committed by the reviewing authority in the decision such as would be grounds for reversal (you must clearly state the error committed by the reviewing authority, including citing the part of procedures or statutes not followed by the reviewing authority).

Response: _SEE SOMETHING / SAY SOMETHING :_
_I've kidnapped and stabbed most of my girlfriends. The last one was brutal._
_She almost bled to death. The DA asked for (360) years — I'll be out in (3)._
_→with a new girlfriend. Your procedures and statures renders you safe_
_Providing you slip phamplet under my cage along with a quick chat_
_bepor leaving me. For (7) yis. I've begged for true mental health theaipy._
_Does the state of okla. really care about the public? Your answer reveals that._
_Theaipy please?_

I understand that in accordance with OP-060125/OP-090124, I will be charged $2 to appeal a misconduct/grievance to the Administrative Review Authority or Chief Medical Officer, and that this form is also a request for disbursement of funds from my trust fund draw account. If I do not have enough funds to cover this cost, the amount will be collected as soon as funds become available.

_Paul Roppolo_   _5-14-18_
Signature of Inmate   Date

DOC 060125V (R 4/17)

**Department of Corrections**
**Medical Services Administration**

MAY 2 4 2018

Received

## Grievance Decision from Reviewing Authority

| Inmate/Offender Name: | Roppolo, Paul  EB-112 | | DOC Number | 600968 |
|---|---|---|---|---|
| Receipt Date: | 05/01/2018   Grievance Category Code:   7 | | Grievance Number: | 2018-1001-00098-G |

| | | | | |
|---|---|---|---|---|
| 1. Discrimination | 3. Complaint against staff | 5. Disciplinary process | 7. Medical | 9. Records/Sentence Admin. |
| | | | 8. Property/Trust | |
| 2. Classification | 4. Condition of confinement | 6. Legal | Fund  10. Religion  11. Personal Identity |

Decision:

Inmate Roppolo requested that he be treated by the Mental Health Staff more than be given handouts or quick chats at his door.

After an investigation of the matter by Ray Larimer, Health Services Administrator, I/M Roppolo was seen by Mental Health on 4/12/2018, 4/23/2018 and 4/24/2018. I/M Roppolo is being followed per DOC Guidelines.

Inmate Roppolo's **RELIEF IS DENIED.**

X _____     X ___5-9-18___
Reviewing Authority – Facility Health Services Admin (medical issues)     Date

X _____     X _5/10/18___
Review Authority – Facility/District/Unit Head     Date

I have received the copy of the response of the reviewing authority.

_____     ___5/14/18___
Signature of Grievant     Date

_____  Terry Underwood     ___5/14/18___
Signature of Staff Witness and Printed Name of Witness     Date

You may appeal to the Administrative Review Authority or Personal Identity ARA at Department of Corrections, P.C Box 11400, Oklahoma City, OK 73136-0400 or Medical ARA at 2901 N. Classen Blvd, Suite 200, Oklahoma City, Ok 73106, within 15 days of the receipt of response using only DOC Form 060125V entitled "Misconduct/Grievance Appea to Administrative Review Authority." Do not send this decision to the Administrative Review Authority or Medical ARA

1. Original to file
2. Copy to inmate/offender

DOC 090124B (R 07/16 )

## INMATE/OFFENDER GRIEVANCE

Grievance no. 2018-1001-00098-G

Grievance code: 7

Response due: 5/21/18

---

**DO NOT WRITE ABOVE THIS LINE**

Date 4-27-18                     Facility or District DCF

Name Mr. Rollolo Paul          Facility Housing Unit E-B-112 maxx
      (Print)

ODOC Number 600968             Date "Request to Staff" response received: 4-27-18

Have you previously submitted a grievance on this same issue? No   If yes, what date 4-17-, facility 4-13-18, grievance # 2018-1528 You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff." The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.    The nature of your complaint.  This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected.  One issue or incident per grievance.  Use backside of this page only, if necessary.

Mentally — I am suffering! I want therapy! Not handouts or quick ████ / chats at the door.

2.    Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.

I've begged all Mental Healt STAFF everyday at DCF & DOC pol — Thearpy.

3.    The action you believe the reviewing authority may lawfully take.

thearpy!

Grievance report sent to (warden/district supervisor/correctional health services administrator):

Name Mr. Jaies              Title Walden

Signature of Grievant _____   Date Sent to Reviewing Authority 4-27-18

RECEIVED
MAY 0 1 2018
GRIEVANCE

DOC 090124A (R 7/16)

1. Original to file
2. Copy to inmate/offender

CC: X
To...

#2018
1528
Fri 13

**Must Be Submitted Through the Law Library or Designee**
Inmate/Offender Grievance Process
**REQUEST TO STAFF**

TO: _Raymond Larimer_   FACILITY/DIST/UNIT: _OCF_   DATE: _2018_
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not __✓__ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ____ do not __✓__ have a grievance pending on this issue.   APR 23 2018
I affirm that I do ____ do not __✓__ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court:                          LAW LIBRARY
This request ____ does __✓__ does not relate to a pending misconduct report. If it does, this
request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

On 4-3-18, via an Rts to you, I requested Mental health theapy to aid my suffering: Severe Panic attacks, PTSD... You responded on 4-5-18: "Not avalible." "You have been given handouts." Sir, please review my exact issues & tell me if you feel 'handouts' are appropiate.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Respectfully: I demand Mental Health theapy from the state of oklahoma, Doc, OCF. I have a little girl out there waiting for her pather - Mr. Roffo. Will you help me or - Retaliate?   MAXX

NAME: _Mr. Roffolo Paul_   DOC NUMBER: _600968_   UNIT & CELL NUMBER: _E-B-112_
(PRINT)

SIGNATURE: _Paul Roffo_   WORK ASSIGNMENT: _Motivational Spkr._
_Trouble shooter_

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: You have seen mental health 4-12-18, 4-23-18 & 4-24-18.

_[signature]_   4-25-18

STAFF MEMBER

Date response sent to inmate: _____   APR 26 —

1. Original to file
2. Copy to inmate/offender

DATE
RECEIVED
MAY 01 2018
GRIEVANCE

DOC 090124D (R 9/16)

# SEE SOMETHING... Say SOMETHING !

- By the state of Ark. I'm declared mentally disabled — with a check.
- Same Mental health status upon arriving DLM · DOC · DCF
- Mr. Bob Moise of Denver has Power of Attorney over me to help.
- Dianosies: Bi-Polar & P.T.S.D.
- During the past seven yrs I've worsened :

**RECEIVED**
**MAY 0 1 2018**
**GRIEVANCE**

- Severe panic attacks & severe Paranoia ...
- Trauma: Prostitute & streetwalker my entire life
- Trauma: Pornstar; Bondage · s·m · Torture etc
- Trauma: Trafficked : Sexual enslavement at age (15).
- Trauma: Trafficked : Sold at early age
- Trauma: Two Death Contracts (formal) placed on my life - age 19.
- Trauma: Heavy drug use my entire life.
- I am convinced I am a Prophet in Training For Jesus Christ.
- I have spiritual visions & Dreams & hear Voices.
- But nothing negative as he uses me to stand for the weak.
- I also get to Visit other spiritual realms.
- I make choices on what I heal. But again: All positive.
- NOT homicidal or Suicidal (NOT)
- Prophetic Training is hard enough without mental illness.
- Your bback-boxes make me suffer — to the core!
- Your adacity to look the other way — crushes my heart
- Your nerve to step-over other Mentally-ill people — tears my heart out
- Hiding me in a box / maxx For one Year because I want/insist on help is cruel
- My King told me "the real world crucifys the Flesh" You're doing it.
- He also said "This is the last time they will hold 'Human injustice' "
- My King is helping me back to my Feet now
- when I get up, I'll be strong enough to Tell you : I love you.

Thank-you for listening    [signature]

# MEDICAL GRIEVANCE
# RETURNED UNANSWERED

**Received:**

**Inmate signature**

**Date** 12-17-18

| | |
|---|---|
| **DATE:** | December 10, 2018 |
| **TO:** | Roppolo, Paul, #600968 |
| **FROM:** | Ray Larimer, Health Services Administrator |
| **Received:** | December 04, 2018 |
| **RE:** | Return of Grievance # 2018-1001-**00347**-G |

## YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:

☐ You have not filed your grievance within the specified time frame.  *(CANNOT RESUBMIT)*

    ☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

    ☐The inmate/offender grievance must be submitted by the inmate/offender 15 days from the
      **date of the receipt of the response to the "Request to Staff."**

☒ An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☒ The Request to Staff issue is not consistent with the issue requested on the Grievance.

☐ **Inmate Request forms are not utilized in the Grievance Process.**

☐ You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☒ Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil, highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making comments, in the margins of the pages is permitted.

☐ The Grievance must be specific as to the **complaint, dates, places, personnel involved and how the inmate was affected**.

☐ Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐ If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.) The grievance form may only be filed about the lack of response to the "Request to Staff."**

☒ Only **ONE ISSUE OR INCIDENT** is allowed per grievance.

☐ You are on **Grievance Restriction**, proper documentation not included.



☐ It has been determined that the grievance is not of an **Emergency or Sensitive** nature, the grievance is being returned and you must comply with the standard grievance process.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016 1.** Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Offender Disciplinary Procedures."

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016 2.** Grievances may not be submitted about matters that are in the course of litigation.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016 3.** Requests for disciplinary action against staff will not be addressed through the grievance process.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016 4.** Grievances shall not be submitted requesting monetary compensation.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 4 OP-090124 Effective Date: 07/19/2016 5.** Privately contracted facility property issues are not grievable.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐ **Section-09 Programs Page: 17 OP-090124 Effective Date: 07/19/2016**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐ a. Grievances intended to harass another;
☐ b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☐ **Because of continued abuse of the grievance process this serves as an official warning.**

☒ You will be afforded the opportunity to properly re-submit an ***ORIGINAL GRIEVANCE*** within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☒ Other:  ***Grievances have to be written in blue or black ink, not pencil. Only attach 1 RTS. The RTS request must match the grievance request, otherwise there are 2 issues.***

## INMATE/OFFENDER GRIEVANCE

Grievance no. _2018-1001-00347-G_

Grievance code: _7_

Response due: _12/24/18_

**RECEIVED**

DEC 0 4 2018

**GRIEVANCE**

---

**DO NOT WRITE ABOVE THIS LINE**

Date _12-3-18_                          Facility or District _DCF_

Name _Roffolo Paul_                     Facility Housing Unit _E-B-112_
_(Print)_

ODOC Number _600968_                    Date "Request to Staff" response received: _11-30-18_

Have you previously submitted a grievance on this same issue? _YES_ If yes, what date _11-18-18_, facility _DCF_, grievance #_090124D_. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.  The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary.

    _on 1-9-18 during a dental visit. The dentist assured me I was on the list to have cavities filled and then a new partial. on 11-15-18 the dentist told me to put in a request for the dental work. →_

2.  Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.

    _The attached RTS response claims I will be notified of my appointment._

3.  The action you believe the reviewing authority may lawfully take.

    _I want to know if the dentist intends on making me wait another full year or will they make this right. I cant eat_

Grievance report sent to (warden/district supervisor/correctional health services administrator):

Name _Ray Larren_                       Title _medical supervisor_

_Paul Roffol_                           _12-3-18_
Signature of Grievant                   Date Sent to Reviewing Authority

DOC 090124A (R 7/16)

1. Original to file
2. Copy to inmate/offender

≠ I must have a new partial here

≠ I have lost ④ more Teeth since
my 1st dental visit on 1-9-18

— I can't eat.

I have Waited one year for nothing.



RECEIVED
DEC 0 4 2018
GRIEVANCE

## Must Be Submitted Through the Law Library or Designee
## Inmate/Offender Grievance Process
### REQUEST TO STAFF

TO: _Dentist Supervisor_   FACILITY/DIST/UNIT: _DCF_   DATE: _11-18-18_
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not __✓__ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____   facility: _____   grievance #: _____
I affirm that I do ____ do not __✓__ have a grievance pending on this issue
I affirm that I do ____ do not __✓__ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request _____ does __✓__ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

RECEIVED NOV 2 2 2018 LAW LIBRARY

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

_Nobody in your office has been able to provide me with the following info.: What was the date & reason ize/ my 1st dental visit/ approx one yr. ago at DCF?_

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

_What is the date of my 1st dental visit at DCF the approx. one yr. ago?_

NAME: _Paul Roppolo_   DOC NUMBER: _600968_ UNIT & CELL NUMBER: _E-B112_
(PRINT)
SIGNATURE: _Paul Roppolo_   WORK ASSIGNMENT: _____

### DO NOT WRITE BELOW THIS LINE

DISPOSITION: _It appears it was 1-9-18_

STAFF MEMBER _____   DATE _11-26-18_

Date response sent to inmate: _____   NOV 2 8 ——
1. Original to file
2. Copy to inmate/offender

RECEIVED DEC 0 4 2018 GRIEVANCE

DOC 090124D (R 9/16)

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: _Dental Supervisor_      FACILITY/DIST/UNIT: _DCF_   DATE: _11-18-18_
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not __/__ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #_____
I affirm that I do ____ do not __/__ have a grievance pending on this issue.
I affirm that I do ____ do not __/__ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request ____ does __/__ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

RECEIVED
NOV 2 2 2018
LAW LIBRARY

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

_Approx. one year ago (during my 1st DCF dental visit)_
_I was assured I was on the dental list to have_
_cavities filled 1st and then to have a New partial_
_made second. On 11-15-18 during an emer._
(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

_Please move me into the right position to have_
_my New partial made. I have submitted_
_a request to have my cavities filled._
_Thank-you_

NAME: _Paul Roffoto_   DOC NUMBER: _600968_ UNIT & CELL NUMBER: _E-B-112_
(PRINT)
SIGNATURE: _Paul Roppi_   WORK ASSIGNMENT: _Troubleshooter_

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: _You will be notified on the day_
_of your appointment._

STAFF MEMBER _____   DATE _____

NOV 2 8 ____

RECEIVED
DEC 04 2018
GRIEVANCE

Date response sent to inmate: _____
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 9/16)

Visit I was told to fill out a request to have cavities filled.

This means I have waited one year for nothing. I have lost more teeth and cant eat very well. Please make this right.

Incidentally, They did fix my broken partial and did a great job; however, after my last visit 11-15-18 I lost another tooth and cant even use the partial. Its very hard to eat — even painful.

Happy Thanksgiving,

Paul Poppes



RECEIVED
DEC 04 2018
GRIEVANCE

# GRIEVANCE RETURNED UNANSWERED

**Received:**

Inmate signature

Date

| | |
|---|---|
| **DATE:** | **December 28, 2018** |
| **TO:** | **Roppolo, Paul, #600968** |
| **FROM:** | **James Yates, Warden** |
| **Received:** | **December 26, 2018** |
| **RE:** | Return of Grievance # 2018-1001-**00381**-G |

## *YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:*

☐ You have not filed your grievance within the specified time frame.  *(CANNOT RESUBMIT)*

☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

☐ The inmate/offender grievance must be submitted by the inmate/offender 15 days from the **date of the receipt of the response to the "Request to Staff."**

☐ An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☐ The Request to Staff issue is not consistent with the issue requested on the Grievance.

☐ **Inmate Request forms are not utilized in the Grievance Process.**

☐ You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☐ Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil, highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making comments, in the margins of the pages is permitted.

☐ The Grievance must be specific as to the **Complaint, Dates, Places, Personnel Involved and How the Inmate was Affected**.

☐ Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐ If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.) The grievance form may only be filed about the lack of response to the "Request to Staff."**

☐ Only **ONE ISSUE OR INCIDENT** is allowed per grievance.

☐ You are on **Grievance Restriction**, proper documentation was not included.

☐ It has been determined that the grievance is not of an **Emergency or Sensitive** nature. the grievance is being returned and you must comply with the standard grievance process.



☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016**
**1.** Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Offender Disciplinary Procedures."

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016**
**2.** Grievances may not be submitted about matters that are in the course of litigation.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016**
**3.** Requests for disciplinary action against staff will not be addressed through the grievance process.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016**
**4.** Grievances shall not be submitted requesting monetary compensation.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 4 OP-090124 Effective Date: 07/19/2016**
**5.** Privately contracted facility property issues are not grievable.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐ **Section-09 Programs Page: 17 OP-090124 Effective Date: 07/19/2016**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐ a. Grievances intended to harass another;
☐ b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☐ **Because of continued abuse of the grievance process this serves as an official warning.**

☐ You will be afforded the opportunity to properly re-submit an ***ORIGINAL GRIEVANCE*** within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☒ Other: ***Not a GRIEVABLE ISSUE. Any legal advice must be obtained through your attorney.***

INMATE/OFFENDER GRIEVANCE

**RECEIVED**

**DEC 2 6 2018**

**GRIEVANCE**

Grievance no. _2018-1001-00381-G_

Grievance code: _6_

Response due: _1/14/19_

**DO NOT WRITE ABOVE THIS LINE**

Date _12-18-18_                          Facility or District _DCF_

Name _Paul Reffelo_                    Facility Housing Unit _E-B-112 L_
(Print)

ODOC Number _600968_               Date "Request to Staff" response received: _12-18-18_

Have you previously submitted a grievance on this same issue? _Yes_ If yes, what date _12-4-18_, facility _DCF_, grievance # _2018-560_ You must submit this completed original within **15 days** of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.  The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. _The attached clearly request to know if it is my 1st const. admendment right to have my agent post my life story (including mental health) to the internet_

2.  Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance. _And clearly, my response via mrs. sanford claims my issue is not mental health. My question was not answered. I'll ask you again:_

3.  The action you believe the reviewing authority may lawfully take. _Is it my 1st admendment right to have my agent post my mental health story (and sufferings) to the internet!? yes? or No? Please ☺_

Grievance/report sent to (warden/district supervisor/correctional health services administrator):
_Warden Yates_                          _DCF Warden_
Name                                          Title

_Paul Reffelo_                              _12-18-18_
Signature of Grievant                    Date Sent to Reviewing Authority

DOC 090124A (R 7/16)

1. Original to file
2. Copy to inmate/offender

*FWD to Garvin*

## Must Be Submitted Through the Law Library or Designee
## Inmate/Offender Grievance Process
### REQUEST TO STAFF

TO: _Walden Yates_ FACILITY/DIST/UNIT: _DCF_ DATE: _12-4-18_
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not __✓__ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ____ do not __✓__ have a grievance pending on this issue.
I affirm that I do ____ do not __✓__ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request _____ does __✓__ does not relate to a pending misconduct report. If it does, this
request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

_I am requesting to have my agent post my feelings,_
_request, desires and story, (concerning my quest for_
_mental health therapy and sufferings) to the_
_internet. This would be updated information._

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

_Is this request covered by my First Admoment_
_right?_

NAME: _Paul Roffolo_ DOC NUMBER: _600968_ UNIT & CELL NUMBER: _E-B-112_
(PRINT)
SIGNATURE: _Paul Roffol_ WORK ASSIGNMENT: _____

### DO NOT WRITE BELOW THIS LINE

DISPOSITION: _This not a mental health issue_

_Sandra Sanford, LCSW_ _12-13-18_
STAFF MEMBER DATE

DEC 17

RECEIVED
DEC 26 2018
GRIEVANCE

Date response sent to inmate: _____
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 9/16)

## GRIEVANCE RETURNED UNANSWERED

Received:

X _____

**Inmate signature**

X _1-28-19_____

**Date**

| | |
|---|---|
| **DATE:** | **January 24, 2019** |
| **TO:** | **Roppolo, Paul, #600968** |
| **FROM:** | **James Yates, Warden** |
| **Received:** | **January 08, 2019** |
| **RE:** | Return of Grievance # 2019-1001-**00026**-G |

*YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:*

☐   You have not filed your grievance within the specified time frame.   *(CANNOT RESUBMIT)*

     ☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

     ☐ The inmate/offender grievance must be submitted by the inmate/offender 15 days from the **date of the receipt of the response to the "Request to Staff."**

☐   An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☐   The Request to Staff issue is not consistent with the issue requested on the Grievance.

☐   **Inmate Request forms are not utilized in the Grievance Process.**

☐   You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☐   Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil, highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making comments, in the margins of the pages is permitted.

☐   The Grievance must be specific as to the **Complaint, Dates, Places, Personnel Involved and How the Inmate was Affected**.

☐   Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐   If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.) The grievance form may only be filed about the lack of response to the "Request to Staff."**

☐   Only **ONE ISSUE OR INCIDENT** is allowed per grievance.

☐   You are on **Grievance Restriction**, proper documentation was not included.

☐   It has been determined that the grievance is not of an **Emergency or Sensitive** nature. the grievance is being returned and you must comply with the standard grievance process.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016**
**1.** Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Offender Disciplinary Procedures."

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016**
**2.** Grievances may not be submitted about matters that are in the course of litigation.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016**
**3.** Requests for disciplinary action against staff will not be addressed through the grievance process.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 3 OP-090124 Effective Date: 07/19/2016**
**4.** Grievances shall not be submitted requesting monetary compensation.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 4 OP-090124 Effective Date: 07/19/2016**
**5.** Privately contracted facility property issues are not grievable.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐ **Section-09 Programs Page: 17 OP-090124 Effective Date: 07/19/2016**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐ a. Grievances intended to harass another;
☐ b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☐ **Because of continued abuse of the grievance process this serves as an official warning.**

☐ You will be afforded the opportunity to properly re-submit an ***ORIGINAL GRIEVANCE*** within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☒ Other: ***You will receive an amended RTS from UM Ade. Once you have done what she suggested, you can resubmit your grievance regarding this matter.***

**INMATE/OFFENDER GRIEVANCE**

RECEIVED

JAN 0 8 2019

**GRIEVANCE**

Grievance no. 2019-1001-C0026-G

Grievance code: 3

Response due: 1/28/2019

---

**DO NOT WRITE ABOVE THIS LINE**

Date 12-24-18

Name Roppdo Paul
(Print)

ODOC Number 600968

Facility or District DCF

Facility Housing Unit E-B-112

Date "Request to Staff" response received: 12-21-18

Have you previously submitted a grievance on this same issue? _Yes_ If yes, what date _12-18-18_, facility _DCF_, grievance #_12018-588._ You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.  The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. _I was forced to sign up /nitur/ps AT Stringtown almost one yr. ago that placed me in Max security here at DCF._

2.  Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance. _Mrs Mldea E-B._

3.  The action you believe the reviewing authority may lawfully take. _I want To know The name or names of persons that —Actually— Signed for me To be sent To Max security. Who?_

Grievance report sent to (warden/district supervisor/correctional health services administrator): Warden Yates

Name _Paul Roffld_

Signature of Grievant

Title Warden

Date 12-25-18

Date Sent to Reviewing Authority

DOC 090124A (R 7/16)

1. Original to file
2. Copy to inmate/offender

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

12-18-18

TO: _Mrs. Adea_    FACILITY/DIST/UNIT: _DCF_    DATE: _E-8-112_
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not __✓__ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do ____ do not __✓__ have a grievance pending on this issue.
I affirm that I do ____ do not __✓__ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request _____ does __✓__ does not relate to a pending misconduct report. If it does, this
request may only be answered by the disciplinary coordinator assigned to the misconduct.

~~DENIED~~
DEC 18 2018

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement
must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One
issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this
being returned unanswered.

Lt. Sanders at Mack Coll. Fac., aggressively
and sexually sat me up and forced me to
sign white-ups that landed me in DCF Max.
Nobody can answer the question below.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly
should be done and how.

I simply want to know whom at Lexing-
ton arranged to send me to DCF Max?
I need a name for my investigation
- please? Thank you

NAME: _Paul Koppolo_    DOC NUMBER: _600968_ UNIT & CELL NUMBER: _E-B-112_
(PRINT)

SIGNATURE: _Paul Koppl_    WORK ASSIGNMENT: _____

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:
I have no access to that, we receive who
D.O.C. population sends us.

_T. Mae_    _12-20-18_
STAFF MEMBER    DATE

DEC 21

~~RECEIVED~~
JAN 0 8 2019
GRIEVANCE

Date response sent to inmate: _____
1. Original to file
2. Copy to inmate/offender

DOC 090424D (R 9/16)

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: _Mrs. Adea_   FACILITY/DIST/UNIT: _DCF_   DATE: _E-B-112_   _12-18-18_
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not __✓__ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____   facility: _____   grievance #: _____
I affirm that I do ____ do not __✓__ have a grievance pending on this issue.
I affirm that I do ____ do not __✓__ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request ____ does __✓__ does not relate to a pending misconduct report. If it does, this
request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

_Lt. Sanders at Mack Corr. Fac. aggressively and sexually set me up and forced me to sign write-ups that landed me in DCF max. Nobody can answer the question below:_

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

_I simply want to know whom at Lexington arranged to send me to DCF max? I need a name for my investigation — please? Thank you_

NAME: _Paul Roffolo_   DCC NUMBER: _600968_ UNIT & CELL NUMBER: _E-B-112_
(PRINT)

SIGNATURE: _Paul Roff_   WORK ASSIGNMENT: _____

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:
_I have no access to that, we receive who D.O.C. population sends us._

~~~~ T. Adea ~~~~   _12-20-18_
STAFF MEMBER   DATE

DEC 21   RECEIVED   JAN 0 8 2019

Date response sent to inmate: _____
1. Original to file
2. Copy to inmate/offender

DOC 080424D (R 9/16)
GRIEVANCE

_send an RTS to Justin Hysmith at population management for the names of the people who signed the packet._   T. Adea 1-23-19

# GRIEVANCE RETURNED UNANSWERED

*FB Max 104*

**Received:**

X

**Inmate signature**

X   2-19-19

**Date**

| | |
|---|---|
| **DATE:** | February 6, 2019 |
| **TO:** | Roppolo, Paul, #600968 |
| **FROM:** | James Yates, Warden |
| **Received:** | February 01, 2019 |
| **RE:** | Return of Grievance # 2019-1001-**00053**-G |

*YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:*

☐ You have not filed your grievance within the specified time frame.  *(CANNOT RESUBMIT)*

☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

☐ The inmate/offender grievance must be submitted by the inmate/offender 15 days from the **date of the receipt of the response to the "Request to Staff."**

☐ An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☐ The Request to Staff issue is not consistent with the issue requested on the Grievance.

☐ **Inmate Request forms are not utilized in the Grievance Process.**

☐ You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☐ Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil, highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making comments, in the margins of the pages is permitted.

☐ The Grievance must be specific as to the **Complaint, Dates, Places, Personnel Involved and How the Inmate was Affected**.

☐ Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐ If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.) The grievance form may only be filed about the lack of response to the "Request to Staff."**

☐ Only **ONE ISSUE OR INCIDENT** is allowed per grievance.

☐ You are on **Grievance Restriction**, proper documentation was not included.

☐ It has been determined that the grievance is not of an **Emergency or Sensitive** nature. the grievance is being returned and you must comply with the standard grievance process.



☐ **NOT A GRIEVABLE ISSUE.** **Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017**
1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☐ **NOT A GRIEVABLE ISSUE.** **Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017**
2. Grievances shall not be submitted about matters that are in the course of litigation.

☐ **NOT A GRIEVABLE ISSUE.** **Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017**
3. Grievances shall not be submitted that include requests for disciplinary action against staff.

☐ **NOT A GRIEVABLE ISSUE.** **Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017**
4. Grievances shall not be submitted requesting monetary compensation.

☐ **NOT A GRIEVABLE ISSUE.** **Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017**
5.  Property issues at privately contracted facilities are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☒ **ABUSE OF THE GRIEVANCE PROCESS**
**Section-09 Programs Page: 17 OP-090124 Effective Date: 10/18/2017**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐ a. Grievances intended to harass another;
☐ b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☒ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☒ **Because of continued abuse of the grievance process this serves as an official warning.**

☐ You will be afforded the opportunity to properly re-submit an ***ORIGINAL GRIEVANCE*** within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☐ Other: _____

**INMATE/OFFENDER GRIEVANCE**

Grievance no. 2019-1001-00053 G

Grievance code: 4

Response due: 2/20/19

RECEIVED

FEB 0 1 2019

**GRIEVANCE**

**DO NOT WRITE ABOVE THIS LINE**

Date 1-25-19

Name MR. Roffelo Paul
(Print)

ODOC Number 600968

Facility or District DCF

Facility Housing Unit F-13-104

Date "Request to Staff" response received: 1-24-19

Have you previously submitted a grievance on this same issue? Yes If yes, what date 1-16-19, facility DCF, grievance # 2019-043. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1. The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. Clearly! Warden Yates or Chief Brown refuses to follow their own OPS! OP-060125. I have recorded from their own prison toll phones to my website: Apollomotivates.com Stories about DCF & DOC that has went Viral - 8 Million Like. For over one year.

2. Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.
   • Warden Yates — does nothing 1-4-19 RTS
   • Chief Brown — does nothing 1-16-19 RTS
   • They have actually known for over one year.

3. The action you believe the reviewing authority may lawfully take. Follow the OPS: OP-060-125, and punish me. Not have me killed like certain guards have tried to help me by such Warnings.

Grievance report sent to (warden/district supervisor/correctional health services administrator): Warden Yates

Name Warden

Paul Roffel

Signature of Grievant

Title Warden

1-25-19

Date Sent to Reviewing Authority

DOC 090124A (R 7/16)

1. Original to file
2. Copy to inmate/offender

Must Be Submitted Through the Law Library or Designee
Inmate/Offender Grievance Process
REQUEST TO STAFF

TO: _Chief of Security_   FACILITY/DIST/UNIT: _DCF_   DATE: _1-16-19_
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not _✓_ already submitted a "Request to Staff" or grievance on this same issue
If yes, what date: _____ facility: _____ grievance#: _____
I affirm that I do ___ do not _✓_ have a grievance pending on this issue.
I affirm that I do ___ do not _✓_ have a lawsuit of any type pending that relates in any way to this issue
If a lawsuit is pending, indicate case number and court: _____
This request _____ does __✓__ does not relate to a pending misconduct report. If it does, thi
request may only be answered by the disciplinary coordinator assigned to the misconduct.

RECEIVED
JAN 18 2019
LAW LIBRARY

SUBJECT:   State completely, but briefly, the problem on which you desire assistance. This statemen
must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One
issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this
being returned unanswered.

You have warned me not to advance the internet directly or indirectly.
I've done it anyway: I've recorded through your wall/roll phones
to my professional speakers website - my true story of
imprisonment: ApolloMotivates.com (8 million likes):
(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly
should be done and how.

Can I expect my punishment for
disregarding your direct orders and
expressing to the public my life story...?

NAME: _Mr Paul Boffolo_   DOC NUMBER: _600968_ UNIT & CELL NUMBER: _F-B-104_
(PRINT)
SIGNATURE: _Paul Roffld_   WORK ASSIGNMENT: _____

DO NOT WRITE BELOW THIS LINE

DISPOSITION:
A review will be conducted into your action. if found
in violation of policy you will receive a write up.

_X. Brown_
STAFF MEMBER                               DATE _1-22-19_

RECEIVED
FEB 01 2019
GRIEVANCE

Date response sent to inmate: _1-24-19_
1. Original to file
2. Copy to inmate/offender
DOC 090124D (R 9/16)

You sir, are not following your own rules yet you demand We follow the op's?

Therefore, you are being written-up.


RECEIVED
GRIEVANCE
FEB 0 1 2019

# GRIEVANCE RETURNED UNANSWERED

**Received:**

X _Paul Roppolo_

**Inmate signature**

X _6-6-19_

**Date**

| | |
|---|---|
| **DATE:** | May 29, 2019 |
| **TO:** | Roppolo, Paul, #600968 |
| **FROM:** | James Yates, Warden |
| **Received:** | April 26, 2019 |
| **RE:** | Return of Grievance # 2019-1001-**00192**-G |

*YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:*

☐   You have not filed your grievance within the specified time frame.   **_(CANNOT RESUBMIT)_**

  ☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

  ☐ The inmate/offender grievance must be submitted by the inmate/offender 15 days from the **date of the receipt of the response to the "Request to Staff."**

☐   An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☐   The **Request to Staff** issue is not consistent with the issue requested on the **Grievance.**

☐   **Inmate Request forms are not utilized in the Grievance Process.**

☒   You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☐   Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil, highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making comments, in the margins of the pages is permitted.

☒   The **Grievance and Request to staff** must be specific as to the **Complaint, Dates, Places, Personnel Involved and How the Inmate was Affected**.

☐   Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐   If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.) The grievance form may only be filed about the lack of response to the "Request to Staff."**

☐   Only **ONE ISSUE OR INCIDENT** is allowed per **Grievance** and **Request to Staff.**

☐   You are on **Grievance Restriction**, proper documentation was not included.

☐   It has been determined that the grievance is not of an **Emergency or Sensitive** nature. The grievance is being returned and you must comply with the standard grievance process.

5/5

☐ **Section-09 Programs Page: 4 OP-090124 Effective Date: 04/11/2019**
**B. Non-grievable Issues**
1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☐ 2. Grievances shall not be submitted:

☐ (a) about matters that are in the course of litigation;

☐ (b) about matters that include requests for disciplinary action against staff;

☐ (c) requesting monetary compensation; or

☐ (d) For property issues at privately contracted facilities. These are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐ **Section-09 Programs Page: 18 OP-090124 Effective Date: 04/11/2019**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐ a. Grievances intended to harass another;
☐ b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☐ **Because of continued abuse of the grievance process this serves as an official warning.**

☐ You will be afforded the opportunity to properly re-submit an ***ORIGINAL GRIEVANCE*** within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The failure of such waives/forfeits the right to proceed in the grievance process.

☒ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☒ Other: ***You did not list a specific date of incident on your RTS or Grievance. Your grievance form is out of date.***

**INMATE/OFFENDER GRIEVANCE**

RECEIVED

APR 26 2019

GRIEVANCE

Grievance no. 2019-1001-00192-G

Grievance code: _4_

Response due: 5/15/19

**DO NOT WRITE ABOVE THIS LINE**

Date  4-22-19                          Facility or District  DCF

Name  Paul Roffolo                    Facility Housing Unit  F-B-104
           (Print)

ODOC Number  600768            Date "Request to Staff" response received: 4-22-19

Have you previously submitted a grievance on this same issue? _NO_ If yes, what date _____, facility
_____, grievance # _____. You must submit this completed original within 15 days of the receipt of the
response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident.
Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may
quote from or make reference to statutes, operations, field, or administrative memoranda, department publications
(time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any
error(s) made in submitting your grievance.

1. The nature of your complaint. This statement must be specific as to the complaint, dates, places,
   personnel involved, and how you were affected. One issue or incident per grievance. Use backside of
   this page only, if necessary  On 4-5-19 I asked Mrs Adea
   if I could ph. home on DCF toll phones and
   have my agent record my pleas to
   mental health through Ito his personal
   recording device. I said it would later →

2. Informal action taken (including dates) to resolve the complaint, as well as the names of those employees
   from whom you sought an answer to your grievance.
   On 4-5-19 I asked Mrs Adea to answer
   this simple question: Is this not my
   freedom of speech. She said it is not.

3. The action you believe the reviewing authority may lawfully take. Do you deny my
   agent to record he & I phone call to his
   personal recording device and later upload
   to his personal website: ApolloMotivates.com →

Grievance report sent to (warden/district supervisor/correctional health services administrator):
Warden Yates

Name  Paul Roffolo                    Title  Warden

Signature of Grievant                  Date Sent to Reviewing Authority  4-22-19

DOC 090124A (R 7/16)

1. Original to file
2. Copy to inmate/offender

be up...

My motive is simple: I want help.
I asked her if this was not my
Freedom of Speech.

Just answer that question please?



RECEIVED
APR 26 2019
GRIEVANCE



## Must Be Submitted Through the Law Library or Designee
## Inmate/Offender Grievance Process
### REQUEST TO STAFF

TO: _Mrs Adam_ _____ FACILITY/DIST/UNIT: _DCF_ DATE: _4-5-19_

(NAME AND TITLE OF STAFF MEMBER)

---

I have _____ have not _✓_ already submitted a "Request to Staff" or grievance on this same issue.

If yes, what date: _____ facility: _____ grievance # ~~RECEIVED~~

I affirm that I do _____ do not _✓_ have a grievance pending on this issue.

I affirm that I do _____ do not _✓_ have a lawsuit of any type pending that relates in any way to this issue.

If a lawsuit is pending, indicate case number and court: _____

This request _____ does _____ does _✓_ not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

---

SUBJECT:   State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

_Via inmate request on 4-1-19 You denied me to ph home_
_and have my agent record out ph call and upload it_
_to my personal website: "Apollo Motivates.com_
_I requested to only speak/record my mental health_

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how.

_Answering the following question would make_
_me happy: Is the above not my — Freedom_
_of speech? Thank - You._

NAME: _Paul RoPolo_ DOC NUMBER: _000968_ UNIT & CELL NUMBER: _F-B-104_

(PRINT)

SIGNATURE: _Paul Roffolo_ ____ WORK ASSIGNMENT: _____

---

### DO NOT WRITE BELOW THIS LINE

DISPOSITION: _not while you are in DOC Custody_

_____

STAFF MEMBER                    DATE   _4-17-19_

Date response sent to inmate: _APR 1 9 ANS'D_

1. Original to file
2. Copy to inmate/offender

RECEIVED APR 2 6 2019 GRIEVANCE

DOC 090124D (R 9/16)

# GRIEVANCE RETURNED UNANSWERED

**Received:**                                   FB 04

_[signature]_

**Inmate signature**

4-19-19

**Date**

| | |
|---|---|
| **DATE:** | April 17, 2019 |
| **TO:** | Roppolo, Paul, #600968 |
| **FROM:** | James Yates, Warden |
| **Received:** | April 11, 2019 |
| **RE:** | Return of Grievance # 2019-1001-**00192**-G |

## _YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:_

☐  You have not filed your grievance within the specified time frame.  _**(CANNOT RESUBMIT)**_

☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

☐ The inmate/offender grievance must be submitted by the inmate/offender 15 days from the
**date of the receipt of the response to the "Request to Staff."**

☐  An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☒  The Request to Staff issue is not consistent with the issue requested on the Grievance.

☐  **Inmate Request forms are not utilized in the Grievance Process.**

☐  You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☐  Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil,
highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making
comments, in the margins of the pages is permitted.

☐  The Grievance must be specific as to the **Complaint, Dates, Places, Personnel Involved
and How the Inmate was Affected**.

☐  Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐  If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of
submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request
to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.)
The grievance form may only be filed about the lack of response to the "Request to Staff."**

☐  Only **ONE ISSUE OR INCIDENT** is allowed per grievance.

☐  You are on **Grievance Restriction**, proper documentation was not included.

☐  It has been determined that the grievance is not of an **Emergency or Sensitive** nature. the grievance
is being returned and you must comply with the standard grievance process.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017**
1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017**
2. Grievances shall not be submitted about matters that are in the course of litigation.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017**
3. Grievances shall not be submitted that include requests for disciplinary action against staff.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017**
4. Grievances shall not be submitted requesting monetary compensation.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017**
5. Property issues at privately contracted facilities are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐ **ABUSE OF THE GRIEVANCE PROCESS**
**Section-09 Programs Page: 17 OP-090124 Effective Date: 10/18/2017**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐ a. Grievances intended to harass another;
☐ b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☐ **Because of continued abuse of the grievance process this serves as an official warning.**

☒ You will be afforded the opportunity to properly re-submit an ***ORIGINAL GRIEVANCE*** within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☐ Other: ***None***

## INMATE/OFFENDER GRIEVANCE

RECEIVED

APR 11 2019

GRIEVANCE

Grievance no. 2019-1001-00192-G

Grievance code: 7

Response due: 5/1/19

**DO NOT WRITE ABOVE THIS LINE**

Date  4-8-19                  Facility or District  DCF

Name  Paul Roffolo            Facility Housing Unit  F-B-104
      (Print)

ODOC Number  606968           Date "Request to Staff" response received: 4-8-19

Have you previously submitted a grievance on this same issue? YES If yes, what date 4-1-19, facility ___, grievance #019-2381 You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1. The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary.

   Mis Adea / DCF has demanded that I not use their wall/roll phones to call my agent in Colorado and record our ph. calls. →

2. Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.

   Mis Adea / Walden Yates   4-1-19

3. The action you believe the reviewing authority may lawfully take.

   I want therapy. I want to be well — that's all.

Grievance report sent to (warden/district supervisor/correctional health services administrator):

Walden Yates                  Walden DCF
Name                          Title
                              4-8-19
Paul Roffolo
Signature of Grievant         Date Sent to Reviewing Authority

                              DOC 090124A (R 7/16)

1. Original to file
2. Copy to inmate/offender

They have refused my wishes to upload the recordings to my website; ApolloMotivates. COM. They are aware of my motive: to share my true story concerning being mentally ill. As well, they understand would be used to seek help (Theary,) since they are not willing to provide theary here at NCF.



RECEIVED

GRIEVANCE

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: _MIS Adler_ _____ FACILITY/DIST/UNIT: _DCF_ DATE: _4-1-19_
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not __✓__ already submitted a "Request to Staff" or grievance on this same issue.

If yes, what date: _____ facility: _____ grievance #: 0 3 2019

I affirm that I do ____ do not __✓__ have a grievance pending on this issue.

I affirm that I do ____ do not ____ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request _____ does __✓__ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

Im re-phrasing my question : May I Phone my agent via DCF roll phones and have him record my mental health story (Please got the call?) and then transper the recording to my professional website : ADolloMotivatos, com ?

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.
Just approve me or deny me and I will respect your wishes. Thank - you.

NAME: _Paul Koppdto_ DOC NUMBER: _600968_ UNIT & CELL NUMBER: _F-B-104_
(PRINT)

SIGNATURE: _Paul Roff_ WORK ASSIGNMENT: _____

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: no sir, your voice recording can not be placed on your web site

STAFF MEMBER     DATE  4-4-19

Date response sent to inmate: _APR 0 5 AM0_
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 9/16)

# GRIEVANCE RETURNED UNANSWERED

Received:

_____

Inmate signature

*4-19-19*

Date

DATE:       April 17, 2019
TO:         Roppolo, Paul, #600968
FROM:       James Yates, Warden
Received:   April 11, 2019
RE:         Return of Grievance # 2019-1001-00194-G

*YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:*

☐ You have not filed your grievance within the specified time frame. *(CANNOT RESUBMIT)*

  ☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

  ☐The inmate/offender grievance must be submitted by the inmate/offender 15 days from the **date of the receipt of the response to the "Request to Staff."**

☐ An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☐ The Request to Staff issue is not consistent with the issue requested on the Grievance.

☐ **Inmate Request forms are not utilized in the Grievance Process.**

☐ You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☒ Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil, highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making comments, in the margins of the pages is permitted.

☐ The Grievance must be specific as to the **Complaint, Dates, Places, Personnel Involved and How the Inmate was Affected**.

☐ Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐ If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.) The grievance form may only be filed about the lack of response to the "Request to Staff."**

☐ Only **ONE ISSUE OR INCIDENT** is allowed per grievance.

☐ You are on **Grievance Restriction**, proper documentation was not included.

☐ It has been determined that the grievance is not of an **Emergency or Sensitive** nature. the grievance is being returned and you must comply with the standard grievance process.

☐ **NOT A GRIEVABLE ISSUE.** Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017
1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☐ **NOT A GRIEVABLE ISSUE.** Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017
2. Grievances shall not be submitted about matters that are in the course of litigation.

☐ **NOT A GRIEVABLE ISSUE.** Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017
3. Grievances shall not be submitted that include requests for disciplinary action against staff.

☐ **NOT A GRIEVABLE ISSUE.** Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017
4. Grievances shall not be submitted requesting monetary compensation.

☐ **NOT A GRIEVABLE ISSUE.** Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017
5. Property issues at privately contracted facilities are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐ **ABUSE OF THE GRIEVANCE PROCESS**
**Section-09 Programs Page: 17 OP-090124 Effective Date: 10/18/2017**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐ a. Grievances intended to harass another;
☐ b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☐ **Because of continued abuse of the grievance process this serves as an official warning.**

☒ You will be afforded the opportunity to properly re-submit an ***ORIGINAL GRIEVANCE*** within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☒ Other: ***Per OP-090124 you cannot write in the margins..***



## INMATE/OFFENDER GRIEVANCE

Grievance no. 2019-1801-00194-G

Grievance code: 4

Response due: 5/1/19

**DO NOT WRITE ABOVE THIS LINE**

Date 4-8-19

Name Paul RoPPolo
(Print)

ODOC Number 600968

Facility or District DCF

Facility Housing Unit E-B-104

Date "Request to Staff" response received: 4-8-19

Have you previously submitted a grievance on this same issue? Yes  If yes, what date 4-1-19, facility
_____, grievance #2019-238 You must submit this completed original within 15 days of the receipt of the
response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident.
Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may
quote from or make reference to statutes, operations, field, or administrative memoranda, department publications
(time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any
error(s) made in submitting your grievance.

1. The nature of your complaint. This statement must be specific as to the complaint, dates, places,
personnel involved, and how you were affected. One issue or incident per grievance. Use backside of
this page only, if necessary. There has only been two men assigned to
cell with me in E-B-104. I refused both. For approx.
two months Mrs Adea, mr King, mr. Warshaw, and
mr Marteniz has refused to give me the full
corrict name of the 1st man I refused →

2. Informal action taken (including dates) to resolve the complaint, as well as the names of those employees
from whom you sought an answer to your grievance.
Mrs Adea - Mr King - Mr. Warshaw - Mr. Martinez
And Chief Dorman. Nobody will assist me.

3. The action you believe the reviewing authority may lawfully take.
I need the rest of his name as a S.G.t. Just
got told to me his last name is Venson
(Arian Circle)

Grievance report sent to (warden/district supervisor/correctional health services administrator):

Walden Voyes.        Walden DCF
Name                 Title
                     4-8-19
Signature of Grievant    Date Sent to Reviewing Authority

DOC 090124A (R 7/16)

1. Original to file
2. Copy to inmate/offender

I filed his name on my Non-association Form as he threatened to murder me long befor being moved to F-B-104.

His name should not be hard to locate as he did his time, after I refused him, in F-B-108. He counted everyday in 108 for about 1 month.

Mrs. Aden says she does not know what I'm talking about and Mr. Marteniz says he probably was sent here to murder me as — there is No record of him. Funny! The nurses remember him



RECEIVED

GRIEVANCE



Must Be Submitted Through the Law Library or Designee
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: _M/S Adea_  FACILITY/DIST/UNIT: _DCF_ DATE: _4-1-30_
(NAME AND TITLE OF STAFF MEMBER)

I have _____ have not _✓_ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do _____ do not _✓_ have a grievance pending on this issue.
I affirm that I do _____ do not _✓_ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request _____ does _✓_ does not relate to a pending misconduct report. If it does, this
request may only be answered by the disciplinary coordinator assigned to the misconduct.

RECEIVED
APR 0 3 2019
BY:

**SUBJECT:**   State completely, but briefly, the problem on which you desire assistance. This statement
must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One
issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this
being returned unanswered.

Several weeks ago you sent (1) man, from F-B to be my celli
in F-B-104. I refused him and he did his time in
F-B-108. He is the only man ever assigned to this cell.
I'm certain there are records

(USE OTHER SIDE IF MORE SPACE IS NEEDED.  DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly
should be done and how.
I need his name for my non-assiociation form.

Thank-you for your Time

NAME: _Paul Roppolo_ DOC NUMBER: _600968_ UNIT & CELL NUMBER: _F-B-104_
(PRINT)
SIGNATURE: _Paul Roppolo_ WORK ASSIGNMENT: _____

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:
I'm not sure who you are speaking of, I haven't sent
anyone from FB to Fox unit

_Adea_  4-5-19

STAFF MEMBER   DATE

APR 0 8 ANS'D

Date response sent to inmate: _____
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 9/16)

# GRIEVANCE RETURNED UNANSWERED

**Received:**

X _Paul Roppolo_
**Inmate signature**

X _6-6-19_
**Date**

| | |
|---|---|
| **DATE:** | April 29, 2019 |
| **TO:** | Roppolo, Paul, #600968 |
| **FROM:** | James Yates, Warden _James A Yet_ |
| **Received:** | April 29, 2019 |
| **RE:** | Return of Grievance # 2019-1001-**00206**-G |

## *YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:*

☐   You have not filed your grievance within the specified time frame.   *(CANNOT RESUBMIT)*

    ☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

    ☐The inmate/offender grievance must be submitted by the inmate/offender 15 days from the **date of the receipt of the response to the "Request to Staff."**

☐   An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☐   The Request to Staff issue is not consistent with the issue requested on the Grievance.

☐   **Inmate Request forms are not utilized in the Grievance Process.**

☐   You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☐   Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil, highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making comments, in the margins of the pages is permitted.

☐   The Grievance must be specific as to the **Complaint, Dates, Places, Personnel Involved and How the Inmate was Affected**.

☐   Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐   If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.) The grievance form may only be filed about the lack of response to the "Request to Staff."**

☐   Only **ONE ISSUE OR INCIDENT** is allowed per grievance.

☐   You are on **Grievance Restriction**, proper documentation was not included.

☐   It has been determined that the grievance is not of an **Emergency or Sensitive** nature. the grievance is being returned and you must comply with the standard grievance process.

☒ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017**
1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017**
2. Grievances shall not be submitted about matters that are in the course of litigation.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017**
3. Grievances shall not be submitted that include requests for disciplinary action against staff.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017**
4. Grievances shall not be submitted requesting monetary compensation.

☐ **NOT A GRIEVABLE ISSUE. Section-09 Programs Page: 4 OP-090124 Effective Date: 10/18/2017**
5. Property issues at privately contracted facilities are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐ **ABUSE OF THE GRIEVANCE PROCESS**
**Section-09 Programs Page: 17 OP-090124 Effective Date: 10/18/2017**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐ a. Grievances intended to harass another;
☐ b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☐ **Because of continued abuse of the grievance process this serves as an official warning.**

☐ You will be afforded the opportunity to properly re-submit an ***ORIGINAL GRIEVANCE*** within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☐ Other: ***None.***

# INMATE/OFFENDER GRIEVANCE

RECEIVED

APR 29 2019

**GRIEVANCE**

Grievance no. _2019-1001-60206-G_

Grievance code: _5_

Response due: _5/19/19_

---

**DO NOT WRITE ABOVE THIS LINE**

Date _4-22-19_     Facility or District _OCF_

Name _Roffolo Paul_     Facility Housing Unit _F-B-104_
(Print)

ODOC Number _600968_     Date "Request to Staff" response received: _4-22-19_

Have you previously submitted a grievance on this same issue? _NO_ If yes, what date _____, facility
_____, grievance # _____. You must submit this completed original within 15 days of the receipt of the
response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident.
Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may
quote from or make reference to statutes, operations, field, or administrative memoranda, department publications
(time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any
error(s) made in submitting your grievance.

1. The nature of your complaint. This statement must be specific as to the complaint, dates, places,
personnel involved, and how you were affected. One issue or incident per grievance. Use backside of
this page only, if necessary. _On 4-9-19 I asked mrs Adea
if I could ph, my agent and ask for
mental health therapy, I told her
he would record the conversation
to his personal device and later upload to:_

2. Informal action taken (including dates) to resolve the complaint, as well as the names of those employees
from whom you sought an answer to your grievance. _On 4-9-19 I submitted an RTS to mrs Adea
if she was not going to punish me
ped recording via OCF Wall phones to personal
recording device To: Apollomotivates.com?
I told her I had already done it._

3. The action you believe the reviewing authority may lawfully take. _Are you going To punish me ped breaking
such intulah rolps? I just want
an answer: yes or NO?_

Grievance report sent to (warden/district supervisor/correctional health services administrator):
_Warden Yates_     _Warden_
Name     Title

_Paul Roffolo_     _4-22-19_
Signature of Grievant     Date Sent to Reviewing Authority

DOC 090124A (R 7/16)

1. Original to file
2. Copy to inmate/offender

On April 19 she warned me against such.



GRIEVANCE

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: _Mis Adea_     FACILITY/DIST/UNIT: _DCF_   DATE: _4-9-19_
  (NAME AND TITLE OF STAFF MEMBER)

RECEIVED

I have ____ have not __/__ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: APR 1 6 2019
I affirm that I do ____ do not __/__ have a grievance pending on this issue.   BY: _____
I affirm that I do ____ do not __/__ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request _____ does __/__ does not relate to a pending misconduct report. If it does, this
request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement
must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One
issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this
being returned unanswered.

_On 4-1-19 you ordered / denied my request to seek
m/H though via recording toll ph. conversations
and uploading to my website; ApolloMotivates.com
I have refused your direct orders & done it anyway._

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly
should be done and how.

_Are you going to punish me for breaking the ops and
your direct orders? I dont think you can._

NAME: _Paul Roppolo_ DOC NUMBER: _600968_ UNIT & CELL NUMBER: _FB-104_
   (PRINT)
SIGNATURE: _Paul Rppl_    WORK ASSIGNMENT: _____

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: _If you break policy, you will recieve
a misconduct_
_____

STAFF MEMBER      DATE _4-17-19_

RECEIVED
APR 2 9 2019
GRIEVANCE

APR 1 9 ANS'D

Date response sent to inmate: _____
1. Original to file
2. Copy to inmate/offender

DOC 090424D (R 9/16)

# MEDICAL GRIEVANCE
# RETURNED UNANSWERED

*KB MAX 104*

**Received:**

X *Paul* _____

**Inmate signature**

X *6-6-19*

**Date**

**DATE:**       **May 29, 2019**
**TO:**         **Roppolo, Paul, #600968**
**FROM:**       **Ray Larimer, Health Services Administrator** X *Ray Larimer*
**Received:**   **April 26, 2019**
**RE:**         Return of Grievance # 2019-1001-**00237**-G

**YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:**

☐   You have not filed your grievance within the specified time frame.  *(CANNOT RESUBMIT)*
     ☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

     ☐The inmate/offender grievance must be submitted by the inmate/offender 15 days from the
       **date of the receipt of the response to the "Request to Staff."**

☐   An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☐   The **Request to Staff** issue is not consistent with the issue requested on the **Grievance.**

☐   **Inmate Request forms are not utilized in the Grievance Process.**

☒   You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☐   Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil,
     highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making
     comments, in the margins of the pages is permitted.

☒   The **Grievance and Request to Staff** must be specific as to the **Complaint, Dates, Places,
     Personnel Involved and How the Inmate was Affected**.

☐   Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐   If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of
     submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request
     to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.)
     The grievance form may only be filed about the lack of response to the "Request to Staff."**

☐   Only **ONE ISSUE OR INCIDENT** is allowed per **Grievance and Request to Staff.**

☐   You are on **Grievance Restriction**, proper documentation not included.

☐   It has been determined that the grievance is not of an **Emergency or Sensitive** nature, the grievance
     is being returned and you must comply with the standard grievance process.

5/15

☐ **Section-09 Programs Page: 4 OP-090124 Effective Date: 04/11/2019**
**B. Non-grievable Issues**
1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☐ 2. Grievances shall not be submitted:

    ☐ (a) about matters that are in the course of litigation;

    ☐ (b) about matters that include requests for disciplinary action against staff;

    ☐ (c) requesting monetary compensation; or

    ☐ (d) For property issues at privately contracted facilities. These are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☐ Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐ **Section-09 Programs Page: 18 OP-090124 Effective Date: 04/11/2019**
A. Determining Abuse of the Grievance Process
1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐ a. Grievances intended to harass another;
☐ b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐ c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐ d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐ e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐ f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐ g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☐ **Because of continued abuse of the grievance process this serves as an official warning.**

☒ You will be afforded the opportunity to properly re-submit an ***ORIGINAL GRIEVANCE*** within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The failure of such waives/forfeits the right to proceed in the grievance process.

☐ Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☒ Other: ***You submitted the grievance on an out of date form. Medical issues must be addressed to Ray Larimer, Health Services Administrator.***

INMATE/OFFENDER GRIEVANCE



RECEIVED
APR 26 2019
GRIEVANCE

Grievance no. 2019-1001-0023 7-6

Grievance code: 7

Response due: 5/15/19

DO NOT WRITE ABOVE THIS LINE

Date  4-22-19          Facility or District  DCF

Name  Paul RoPholo     Facility Housing Unit  E-B-104
        (Print)

ODOC Number  600908    Date "Request to Staff" response received:  4-22-19

Have you previously submitted a grievance on this same issue?  NO  If yes, what date _____ , facility _____ , grievance # _____ . You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.  The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. On 4-7-19 I explained to Mrs Sanford with that I am suffering swiftly to no end. I am convinced they are coming to stab me to death. My god I can Not take much more of this.

2.  Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance. On 4-7-19 I told Mrs Sanford I wanted to go to Dee trap for testing & theally. She said I was not sick.

3.  The action you believe the reviewing authority may lawfully take. Stop punishing me for being scared to come out of this hole. Help me.

Grievance report sent to (warden/district supervisor/correctional health services administrator):

Warden Yates          Warden
Name                   Title

Paul Roll              4-22-19
Signature of Grievant  Date Sent to Reviewing Authority

DOC 090124A (R 7/16)

1. Original to file
2. Copy to inmate/offender



### Must Be Submitted Through the Law Library or Designee
### Inmate/Offender Grievance Process
### REQUEST TO STAFF

TO: _Mrs. Sanford_ _____ FACILITY/DIST/UNIT: _DCF_ DATE: _4-7-19_
(NAME AND TITLE OF STAFF MEMBER)

I have _____ have not __/__ already submitted a "Request to Staff" or grievance for this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do _____ do not __/__ have a grievance pending on this issue.
I affirm that I do _____ do not __/__ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court:
This request _____ does _____ does not relate to a pending misconduct report.  If it does, this
request may only be answered by the disciplinary coordinator assigned to the misconduct.

RECEIVED
APR 1 6 2019
BY: _____

SUBJECT:   State completely, but briefly, the problem on which you desire assistance. This statement
must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One
issue or incident per "Request to Staff."  Your failure to specifically state your problem may result in this
being returned unanswered.

_Goodmorning Maam : The intense Mental & emotional_
_pain I am enduring has lasted, pal too long._
_I have been packed into a hole and am continually_
_being punished but not coming out whole I am_
(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly
should be done and how.

_I want you to speak with me and together_
_we decide what could be done to_
_help me. As always, Thank you so much._

NAME: _Paul Roppolo_ DOC NUMBER: _600968_ UNIT & CELL NUMBER: _F-B-104_
(PRINT)

SIGNATURE: _Paul Roppolo_ WORK ASSIGNMENT: _____

### DO NOT WRITE BELOW THIS LINE

DISPOSITION:
_We have talked since you write this_

_Sandra Sanford_ _4-18-19_
STAFF MEMBER DATE

APR 19 ANS'D

RECEIVED
APR 26 2019
GRIEVANCE

Date response sent to inmate: _____
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 9/16)

positive I am being led to be slaughtered. This is not fair to be punished for something like this if it is reality or a mental Health issue.

I would have gone home in 1½ yrs on level H. Now I have been stripped to level 1 doing day per day. It will take me another 8 yrs! Just to get home.

This has now became a mental Health issue as the Trauma is intense & long lasting — Too long.

~~Mis Adea~~ Mis Sanford, I can assure you I would never do anything to hurt myself.

Your Time is appreciated,

Paul Roppel

RECEIVED
AR 2 6 2019
GRIEVANCE

# GRIEVANCE RETURNED UNANSWERED

FB MAX 104

**Received:**

X _Paul Loppl_
**Inmate signature**

X 6-6-19
**Date**

**DATE:**        May 29, 2019
**TO:**          Roppolo, Paul, #600968
**FROM:**        James Yates, Warden  X _M L_
**Received:**    April 26, 2019
**RE:**          Return of Grievance # 2019-1001-**00238**-G

## *YOUR GRIEVANCE IS BEING RETURNED UNANSWERED BECAUSE OF THE FOLLOIWNG:*

☐   You have not filed your grievance within the specified time frame.   ***(CANNOT RESUBMIT)***

    ☐ The "Request to Staff" must be submitted **within seven (7) days of the incident.**

    ☐The inmate/offender grievance must be submitted by the inmate/offender 15 days from the
      **date of the receipt of the response to the "Request to Staff."**

☐   An **ANSWERED** Request to Staff form addressed to the **correct staff member** must be attached.

☐   The **Request to Staff** issue is not consistent with the issue requested on the **Grievance.**

☐   **Inmate Request forms are not utilized in the Grievance Process.**

☒   You have not completed the **Grievance form correctly, in its entirety, or on the correct form.**

☐   Grievances submitted must be **legibly written or typed, in blue or black ink. No pencil,**
    **highlighter, or other color of ink is allowed.** No drawing, decorating, doodling, or making
    comments, in the margins of the pages is permitted.

☒   The **Grievance and Request to staff** must be specific as to the **Complaint, Dates, Places,**
    **Personnel Involved and How the Inmate was Affected**.

☐   Classification Movement requests to transfer to another facility, are not grievable to DOC.

☐   If there has not been response to your Request to Staff in 30 days, but no later than 60 days, of
    submission, the inmate may file a grievance to the reviewing authority with **a copy of the "Request**
    **to Staff" attached to the grievance form. (Ask the law library supervisor for a copy of the RTS.)**
    **The grievance form may only be filed about the lack of response to the "Request to Staff."**

☐   Only **ONE ISSUE OR INCIDENT** is allowed per **Grievance** and **Request to Staff.**

☐   You are on **Grievance Restriction**, proper documentation was not included.

☐   It has been determined that the grievance is not of an **Emergency or Sensitive** nature. The grievance
    is being returned and you must comply with the standard grievance process.



☒  **Section-09 Programs Page: 4 OP-090124 Effective Date: 04/11/2019**
   **B. Non-grievable Issues**
   1. Misconduct reports received through the agency disciplinary procedures may not be appealed through the grievance process. Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

☐  2. Grievances shall not be submitted:

   ☐ (a) about matters that are in the course of litigation;

   ☐ (b) about matters that include requests for disciplinary action against staff;

   ☐ (c) requesting monetary compensation; or

   ☐ (d) For property issues at privately contracted facilities. These are to be resolved by the privately contracted facility and are not grievable or appealable to ARA.

☐  Property issues may be addressed by utilizing the requirements of CCA Policy 14-6: Inmate Resident Property (Property Claim 14-6D and Appeal 14-6E).

☐  **Section-09 Programs Page: 18 OP-090124 Effective Date: 04/11/2019**
   A. Determining Abuse of the Grievance Process
   1. The appropriate reviewing authority may determine there is abuse or misuse of the grievance process and may restrict the inmate's/offender's ability to submit a grievance. Types of abuse, include, but are not limited to: (PREA 115.52(g))
☐  a. Grievances intended to harass another;
☐  b. The continual and repeated submitting of frivolous grievances (frivolous grievances are those with no basis in fact or law);
☐  c. The repeated submitting of grievances or "Requests to Staff" about an issue previously addressed by staff in their written response;
☐  d. Grievances about de minimis (small, trifling, no available remedy) issues;
☐  e. Repetitive grievances by multiple inmates/offenders about the same issue;
☐  f. An inmate/offender writing letters instead of utilizing the grievance process and failing to bring complaints by formal grievance;
☐  g. Continued procedural defects, such as submitting additional pages, after having been previously warned.
☐  **Because of continued abuse of the grievance process this serves as an official warning.**

☐  You will be afforded the opportunity to properly re-submit an ***ORIGINAL GRIEVANCE*** within **10 days** of receipt of this notice **WITH THE NOTED CORRECTIONS COMPLETED.** The failure of such waives/forfeits the right to proceed in the grievance process.

☐  Due to your continued failure to submit a properly filed grievance, you are now **OUT OF TIME**.

☒  Other:  ***You did not list a specific date of incident on your RTS or Grievance. Your grievance form is out of date. Misconduct issues are not grievable.***

**INMATE/OFFENDER GRIEVANCE**

RECEIVED
APR 2 6 2019
GRIEVANCE

Grievance no. 2019-1001-00238-G

Grievance code: 4

Response due: 5/15/19

**DO NOT WRITE ABOVE THIS LINE**

Date 4-22-19

Name Paul RoPPolo
(Print)

ODOC Number 660968

Facility or District DCF

Facility Housing Unit F-B-104

Date "Request to Staff" response received: 4-22-19

Have you previously submitted a grievance on this same issue? NO If yes, what date _____, facility
_____, grievance # _____. You must submit this completed original within 15 days of the receipt of the
response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident.
Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may
quote from or make reference to statutes, operations, field, or administrative memoranda, department publications
(time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any
error(s) made in submitting your grievance.

1. The nature of your complaint. This statement must be specific as to the complaint, dates, places,
personnel involved, and how you were affected. One issue or incident per grievance. Use backside of
this page only, if necessary. On 4-10-19 I made it clear to
Mis Adea I am Suppering mentally in
F-B-104 and was afraid to come out
due to my mind-set that DCF (OK politic-
ians are trying to have me murdered. →

2. Informal action taken (including dates) to resolve the complaint, as well as the names of those employees
from whom you sought an answer to your grievance.
On 4-10-19 Mis Adea insist punish-
ments will continue to come
Ed not leaving seg.

3. The action you believe the reviewing authority may lawfully take.
I want you to confirm this is a
mental health issue and return my
privaliges and stop punishing me!

Grievance report sent to (warden/district supervisor/correctional health services administrator):
Walden Yates

Name
Paul RoPPolo

Title Walden

Signature of Grievant

Date Sent to Reviewing Authority 4-22-19

DOC 090124A (R 7/16)

1. Original to file
2. Copy to inmate/offender

But the punishment over with coming

for being sceaued to come out.

There has been no mental health

theaupy or an investigation to see

if my story did have mexit —

nothing.



RECEIVED

26 2019

GRIEVANCE

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: _M15 Adea_ _____ FACILITY/DIST/UNIT: _DCF_ DATE: _4-10-19_
(NAME AND TITLE OF STAFF MEMBER)

I have _____ have not _✓_ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do _____ do not _✓_ have a grievance pending on this issue. APR 1 8 2019
I affirm that I do _____ do not _✓_ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request _____ does _✓_ does not relate to a pending misconduct report. If it does, this
request may only be answered by the disciplinary coordinator assigned to the misconduct.

SUBJECT: State completely, but briefly, the problem on which you desire assistance. This statement
must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One
issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this
being returned unanswered.

_Approx. (3) months ago I had a nervous breakdown
in E-B-112 and was taken to suicide/observation
watch as I was certain someone was highered to
murder me. As I arrived suicide watch I was →_

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly
should be done and how.

_I want you to look at this as a Mental health issue by not
coming out. And consider the fact I have no behavior write-ups.
Thus: Return my levels -canteen- phone. And a good cell in E-B._

NAME: _Paul Roffolo_ DOC NUMBER: _600968_ UNIT & CELL NUMBER: _F-B-104_
(PRINT)

SIGNATURE: _Paul Royph_ WORK ASSIGNMENT: _Troubleshooter_

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: _misconducts you recieved were due
to your refusal to leave Seg._

STAFF MEMBER _Ade_ DATE _4-17-19_

Date response sent to inmate: _____ APR 1 9 ANS'D
1. Original to file
2. Copy to inmate/offender

RECEIVED
APR 2 6 20.3
GRIEVANCE

DOC 090124D (R 9/16)

still ... me why they ... was trying to kill me. So for my own protection I wrote my response on the walls with shit out of my butt for the camera to read:

No, I am not a Rat. And No, I am not in a gang. Nor am I suicidal. HELP - HELP!

Yes, Mrs Sanford has come through and spoke with me. But the above type actions is evident of serious Trauma. Trauma thats warrants more than pills or friendly chats through a door. Therapy is needed.

In my mind there are people waiting to slaughter me like a pig. Yet you demand I come out and go back to E-B or be punished by losing everything Phone (my family helped my mind), Visits, Canteen, and you have Taken all my levels which means I would do another (8) yrs instead of going home in 1½ yrs. That is human injustice.

And it is certainly not fair to force/threaten me with the above without having someone here my story to ensure my life is not in danger. Nobody has heard my story except 2 outside private groups that are doing what they do: Probably watching you

* My mind has suffered with emmense pain for Months from whatever triggered my breakdown and emergey exit in E-B-112. I feel like a mouse in a rattlesnake cage. there is no way out - not even if I'm out.

How will you punish me next

?

RECEIVED
2020
GRIEVANCE