July 7, 2021

FILED

JUL 13 2021

PATRICK KEANEY
Clerk, U.S. District Court

By_____

USDC – Eastern District of Oklahoma
PO Box 607
Muskogee, OK 74402

Re: Paul T. Roppolo vs. James Yates et. al.
**CIV-19-127-JFH-SPS**

To: Judge John F. Heil
    Magistrate Steven Shreder

**ADDRESS CHANGE**

Please change my address as printed below.

Thank you,

*Paul Roppolo* (signature)

Paul Roppolo
PO Box 337342
Greeley, CO 80633