Paul Roppolo
PO Box 337342
Greeley, CO 80633

**RECEIVED**
JUL 13 2021
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

USDC – Eastern District of Oklahoma
PO Box 607
Muskogee, OK 74402

DENVER CO 802
6 JUL 2021 PM 9 L

FOREVER