December  17, 2021



USDC – Eastern Oklahoma District
PO Box 607
Muskogee, OK  74402

Re:  CIV-21-00127-JFH-SPS  to  Show Cause

Sir:
It seems that this case requesting mental health therapy for
myself and inmates while incarcerated should still be
considered.  It would help in the dearly needed attention to the
root cause of some incarcerations.  Please re-consider.

Thank you,

Paul Roppolo

PO Box 337342

Greeley, CO  80633